AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| (1) MISS GLEN PORTER<br><br>*Plaintiff*<br>v.<br>(1) JOE ALLBAUGH, ET AL<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 18-CV-0472-JED-CDL<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Raymond Byrd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lauren R. Myers
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Mark C. McCartt, Clerk

Date: DEC 1 0 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-0472-JED-CDL

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified Mail/Return Receipt Requested/Restricted Delivery/Addressee Only
Receipt No. 70150640000212330509

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 17, 2020         s/Lauren R. Myers
                                *Server's signature*

                                Lauren R. Myers, Attorney for Plaintiff
                                *Printed name and title*

                                Doerner, Saunders, Daniel & Anderson, L.L.P.
                                2 W. 2nd Street, Suite 700
                                Tulsa, Oklahoma 74103-3117
                                *Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee $ 3.55  LRM 21000
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)   $ 2.85
☐ Return Receipt (electronic)  $
☒ Certified Mail Restricted Delivery $ 9.00
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postage $ 1.60
Total Postage and Fees $ 17.00

Sent To: Cimarron Correctional Facility
Street and Apt. No., or PO Box No.: 3200 S. Kings Hwy.
City, State, ZIP+4: Cushing, OK 74023

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0002 1233 0509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Raymond Byrd
Cimmaron Correctional Fac.
3200 S Kings Hwy.
Cushing, OK 74023

9590 9402 5983 0062 4602 90

2. Article Number (Transfer from service label)
7015 0640 0002 1233 0509

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☒ Addressee

B. Received by (Printed Name): Corvin
C. Date of Delivery: 12/14/2

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt