Special Report

Exhibit 5:

Glenn A. Porter, DOC 99595

Incident 486 Packet

5-1A

# INCIDENT REPORT

| Facility: | Cimarron Correctional | Incident Number: | 2017-1003-486-PREA |
|---|---|---|---|

| Incident Date/Time (HRS): | 08/26/2017 07:00 hours |
|---|---|

| Facility Damage: | None |
|---|---|

| Incident Location: | Facility Property \ Section: E \ Block: C \ Cell: 221 |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| PREA | IOI Sexual Harassment |

| Other Priority Description: | |
|---|---|

### DESCRIPTION OF INCIDENT:

On Saturday August 26, 2017 at 0700 Chaplain Arthur Fox was conducting Facility Duty Officer rounds on Echo Charlie unit. When Chaplain Fox arrived to Echo Charlie cell 221 inmate Thomas Shields ODOC# 754757 was standing at the cell door with a sign say " Help me please PREA. Chaplain Fox told inmate Shields that he was going to go inform the unit officer. Chaplain Fox then went and informed Senior Correctional Officer Timothy McCool. Senior Officer McCool immediately notified Shift Supervisor Dwight Munday. Shift Supervisor Munday sent Assistant Shift Supervisor Earl Hamby to report to Echo Charlie to remove inmate Shields from cell 221.

Once Supervisor Hamby removed inmate Shields from cell 221 to interview and have inmate Shields write a statement. Inmate Shields statement stated that inmate Glenn Porter ODOC# 99595 asked inmate Shields to let "him (Porter) suck his (Shields) penis. Inmate Shields refused the advance. The statement then went on to say that after inmate Shields refused inmate Porter stated " He would get some dick after he (Shields) went to sleep.

Supervisor Hamby escorted inmate Shields to medical for evaluation. Upon being evaluated inmate Shields received no injuries. Inmate Shields was then interviewed by Facility Investigator Greg Jones. After the interview with Investigator Jones inmate was placed in a medical cell until housing could be made available.

Supervisor Hamby then escorted inmate Porter from Echo Charlie 221 to medical for evaluation and to be interviewed by Investigator Jones. Inmate Porter had no injuries reported during the medical evaluation. Investigator Jones then conducted an interview with inmate Porter, Inmate Porter stated that inmate Shields had exposed himself to inmate Porter. Inmate Porter told inmate Shields that "he (Porter) had no desire to have sex". Once the interview was completed inmate Porter was escorted back to Echo Charlie cell 221.

After the investigation was completed by investigator Jones it was determined that both inmate Porter and inmate Shields placed the claim on each other, and both inmate Porter and inmate Shields denied making sexual advances towards one another. Both inmate Porter and inmate Shields stated that there was no contact between them. Investigator Jones found the claim to be unsubstantiated.

| Inmates/Residents Involved? | Yes |
|---|---|

## INVOLVED PEOPLE:

| Inmate/Resident Name(s) & Number | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|
| **GLENN PORTER (99595)** | 640000 | Participant | Refused | No |

   Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic   10/03/13

File Name: 51A_Report.pdf

5-1A

## INCIDENT REPORT

| THOMAS SHIELDS (754757) | 640000 | Participant | Attached | No |
|---|---|---|---|---|

| Employee Name(s) & Number | Employee Title | Witness or Participant | 5-1C Attached? | Injuries |
|---|---|---|---|---|
| Arthur Fox (19979298) | CHAPLAIN | Participant | Yes | No |
| Timothy Mccool (22636704) | SR CORRECTIONAL OFFICER | Participant | Yes | No |
| Dwight Munday (16524440) | SHIFT SUPERVISOR | Participant | Yes | No |
| Earl Hamby jr (6878931) | ASSISTANT SHIFT SUPERVISOR | Participant | Yes | No |
| Greg Jones (1654014) | INVESTIGATOR | Participant | Yes | No |

| Medical Evaluation Completed? | Yes |
|---|---|

**HEALTH SERVICES PERSONNEL CONDUCTING EXAMINATIONS:**

| Name | Title |
|---|---|
| Warren, Jeanette | LPN |
| Thomas, Antia | LPN |

| Weapons Discovered? | No | How Many? | |
|---|---|---|---|

| Weapon Description | | Weapon Location | |
|---|---|---|---|

| Cell Phones Discovered? | No | How Many? | |
|---|---|---|---|

| Inmate/Resident Disciplinary Charges Filed? | No |
|---|---|

| Inmate/Resident Name(s) & Number | Segregation and/or PHD | Property Inventory Completed |
|---|---|---|

| Incident Videotaped? | No | | |
|---|---|---|---|
| Name/Title of Camera Operator: | | | |
| If Not Recorded, Explain: | Not a recordable incident | | |
| Photos of injuries, contraband, or property? | Yes | How Many? | 2 |
| If No Photos, Explain: | | | |
| Name/Title of Photo Taker: | S/S Dwight Munday | | |

   Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic   10/03/13

File Name: 51A_Report.pdf

5-1A

# INCIDENT REPORT

**EVIDENCE INFORMATION:**

| | |
|---|---|
| Evidence recovered during incident? | No |
| Chain of Custody Maintained: | No |
| Evidence Description: | |
| Evidence Current Location: | |
| Name/Title of Person Discovering Evidence: | |
| Criminal Charges: | No |

## Notifications:

### Facility Notifications:

| Person Notified | Date/Time Notified | Notified By | ADO? |
|---|---|---|---|
| Virgil Ensey | 08/26/2017 @ 0715 | Earl Hamby | Yes |

### FSC Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Lane Blair | 08/26/2017 @ 0718 | Assistant Warden Virgil Ensey |

### Contracting Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Jamie Keef | 08/26/2017 @ 0721 | Assistant Warden Virgil Ensey |
| Ken Yott | 08/26/2017 @ 0955 | Facility Ivestigator Greg Jones |

### Outside Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| | | |

| | |
|---|---|
| Referred for Investigation by Warden/Administrator or ADO? | Yes |

| | | | |
|---|---|---|---|
| Prepared By: | Dwight Munday | Title: | Shift Supervisor |

| | |
|---|---|
| Completed Date/Time: | 08/26/2017 17:52hours |

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Dwight Ga Munday | SHIFT SUPERVISOR | 08/26/2017 16:39 hrs. |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

10/03/13

File Name: 51A_Report.pdf

5-1C

# INCIDENT STATEMENT

| Facility | Cimarron Correctional | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Person Name | Person Type | Person Role |
|---|---|---|
| | null | null |

| Incident Date/Time (HRS): | 08/26/2017 07:00 hours |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

| Did you receive any injuries? | (If Yes, Explain below) |
|---|---|

**Were you evaluated by medical?**

| Signature: | | Date: | |
|---|---|---|---|
| Typed By: | | Date: | |

This section to be completed by CCA staff if the inmate or civilian/other refused to complete the 5-1C:

| Employee/Witness Name: | | Date: | |
|---|---|---|---|
| Employee/Witness Name: | | Date: | |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

10/03/13

File Name: 51C_Statements.pdf

5-1E

## PRISON RAPE ELIMINATION ACT (PREA) REPORTING

| Facility | Cimarron Correctional | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

**1. ALLEGED VICTIM:**

| Gender: | X | Male | | Female | | Transgender: | | Yes | X | No |
|---|---|---|---|---|---|---|---|---|---|---|

**2. ALLEGED PERPETRATOR:**

| Gender: | X | Male | | Female | | Transgender: | X | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|

**3. FOLLOWING AN INVESTIGATION, THE ALLEGATION WAS DETERMINED TO BE:**

| PREA: | IOI Sexual Harassment | | | |
|---|---|---|---|---|
| | Substantiated* | X | Unsubstantiated | Unfounded |

*NOTE: Section 4 below to be completed ONLY if one or more of the allegations is substantiated.

**4. SANCTIONS:**

a. Legal:

| | Arrest | | Referral for Prosecution | | New Sentence | X | N/A |
|---|---|---|---|---|---|---|---|

b. Institutional Discipline:

| X | Yes | | No | | N/A |
|---|---|---|---|---|---|

c. Staff Discipline:

| | Yes (If Yes, explain/describe below) | X | No | | N/A |
|---|---|---|---|---|---|

| |
|---|

**5. INMATE/RESIDENT CHANGE IN CUSTODY:**

| | Segregation | | Increase in Custody Level | | Transferred to another facility | X | N/A |
|---|---|---|---|---|---|---|---|

| Form Completed By: | Greg Jones | Today's Date: | 08/28/2017 |
|---|---|---|---|

**NOTE: Upon completion of this form, forward to CCA Assistant General Counsel, Operations.**

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

10/03/13

File Name: 51E_Rape.pdf

5-1G

# INCIDENT INVESTIGATION REPORT

| Facility | Cimarron Correctional | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Date of Investigation | 08/28/2017 | Investigator Name | Greg Jones |
|---|---|---|---|

| 1. Were all witnesses and particpants interviewed? | No | (If No, Explain below) |
|---|---|---|

Inmate Glenn Porter
Inmate Thomas Shields
Captain Dwight Munday
Lieutenant Earl Hamby

**2. What documents were examined (e.g. logbooks, report, rosters, work schedules, etc.)?**

5-1 A Incident Report

Medical and Mental Health Evaluation

2 Color Photos

**3. Were any of the inmates/residents (witnesses or participants) involved suspected or validated gang members?**   No

| 4. Is there any indication that the incident was STG related? | No | (If Yes, Explain below) |
|---|---|---|

| 5. Is there any indication that the incident involved terrorist threat/activity? | N/A | (If Yes, Explain below) |
|---|---|---|

| 6. Any indications of policy, procedure, or practice violations? | No | (If Yes, Explain below) |
|---|---|---|

**7. Investigative Conclusions:**

Investigative Findings:

INVESTIGATION PARTICIPANTS:

First and Last Name Formal Title

Thomas Shields        Offender
Glenn Porter   Offender

INVESTIGATION FINDINGS:

In an interview conducted on August 26, 2017, Offender Thomas Shields indicated the following: that Porter his cell-

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic
10/03/13

File Name: 51G_investigation.pdf

mate ask him if he wanted to get his "dick sucked by a real woman" and then started to clean himself and flushed his anus out with water and soap. Shields further stated that Porter just started acting strange and would become agitated if he did not get his way. Inmate stated that there was no contact between him and Inmate Porter.

In an interview conducted on August 26, 2017, Offender Glenn Porter indicated the following: that Shields had exposed himself to him and he stated to Shields that he does not have the desires to do that "sex with anyone, anymore". Inmate further stated that there was no contact between him and Inmate Shields.

CONCLUSION SUMMARY:

Offender Shields stated that Offender Porter had made sexual advances toward him and ask him if he wanted his "dicks sucked by a real woman" and that porter had been acting strange. Offender Porter stated that Offender Shields had exposed himself to him and he (Porter) told Shields that he does not have the desire to have sex. Both offenders place the claim on each other and denied that they made any sexual advances toward one another. Both offenders stated that there was No contact between them.

Investigative finding is Unsubstantiated

| Prepared by: | Greg Jones | Title: | Investigator |
|---|---|---|---|

| Date: | 08/28/2017 |
|---|---|

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Greg A Jones | INVESTIGATOR | 08/28/2017 10:47 |

    Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic    10/03/13

File Name: 51G_Investigation.pdf

5-1H

## INCIDENT PACKET CHECKLIST AND ADMINISTRATIVE REVIEW

| Facility | Cimarron Correctional | Incident Number | 2017-1003-486-PREA |
|----------|----------------------|-----------------|--------------------|

**To be Completed by the Chief of Security or Designee:**

### 5-1 Packet Contains Necessary Forms:

| | |
|---|---|
| X | 5-1A Incident Report |
| X | 5-1C Incident Statements (For each witness/participant) |
| | 5-1D Use of Force Summary & Review |
| X | 5-1E Prison Rape Elimination Act (PREA) Reporting |
| | 5-1F Death of Inmate/Resident in Custody Report |
| X | 5-1G Incident Investigation Report |
| X | 5-1H Incident Packet Checklist & Administrative Review |
| X | 13-34A2 Emergency Anatomical Form or contracting agency form (For all medical assessments) |

### Additional Information:

| | |
|---|---|
| | Disciplinary Reports Completed? |
| X | Customer Required Documents Completed? |
| X | All photos maintained with the packet? |
| | Videotape securely stored? |

**Comments:**

Reviewed and closed at this time.

**To be completed by the Warden or Designee:**

### Additional Notifications Made:

| Notified: | Yes/No/NA | Date/Time (HRS) | Notified By: |
|-----------|-----------|-----------------|--------------|
| Medical Examiner/Coroner: | N/A | | |
| Inmate's/Resident's Next of Kin: | N/A | | |
| American Correctional Association: (With Approval of FSC QA) | N/A | | |
| JTTF or Similar Local Authority Notified: | N/A | | |

**Date Agency Notified:**

**Employee corrective action taken (If Any):**

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

10/03/13

File Name: 51H_Review.pdf

5-1H

## INCIDENT PACKET CHECKLIST AND ADMINISTRATIVE REVIEW

| Incident is Considered: | Closed | (If Open, Complete Section Below) |
|---|---|---|

| Pending Actions (Check all that apply): | | |
|---|---|---|
| Assigned for internal investigation | Assigned To: | |
| Referred for external investigation | Referred To: | |
| Referred for prosecution | | |
| Other | Explain: | |

| Comments: |
|---|
| |

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|
| John P Hilligoss | CHIEF OF UNIT MANAGEMENT | 09/27/2017 19:17 |
| Virgil D. Ensey | ASST WARDEN | 10/04/2017 17:13 |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic
10/03/13

File Name: 51H_Review.pdf

Attachment A
OP-050108
Page 1 of  2

## Comprehensive Report

| If ordered, the Comprehensive Report shall be submitted within five working days of the incident to the appropriate division manager or designee. |
|---|

| Facility: | Cimarron Correctional | Reported by: | |
|---|---|---|---|
| Type of Incident: | | Sexual Assault (actual, alleged, or potential) | |
| Date/Time Incident Occurred: | | 08/26/2017 07:00 | |
| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | | Facility Property \ Section: E \ Block: C \ Cell: 221 | |

A:    Full description of incident (who, what, where, why and how. Include all offender and staff actions during the incident):

On Saturday August 26, 2017 at 0700 Chaplain Arthur Fox was conducting Facility Duty Officer rounds on Echo Charlie unit. When Chaplain Fox arrived to Echo Charlie cell 221 inmate Thomas Shields ODOC# 754757 was standing at the cell door with a sign say " Help me please PREA. Chaplain Fox told inmate Shields that he was going to go inform the unit officer. Chaplain Fox then went and informed Senior Correctional Officer Timothy McCool. Senior Officer McCool immediately notified Shift Supervisor Dwight Munday. Shift Supervisor Munday sent Assistant Shift Supervisor Earl Hamby to report to Echo Charlie to remove inmate Shields from cell 221.

Once Supervisor Hamby removed inmate Shields from cell 221 to interview and have inmate Shields write a statement. Inmate Shields statement stated that inmate Glenn Porter ODOC# 99595 asked inmate Shields to let "him (Porter) suck his (Shields) penis. Inmate Shields refused the advance. The statement then went on to say that after inmate Shields refused inmate Porter stated " He would get some dick after he (Shields) went to sleep.

Supervisor Hamby escorted inmate Shields to medical for evaluation. Upon being evaluated inmate Shields received no injuries. Inmate Shields was then interviewed by Facility Investigator Greg Jones. After the interview with Investigator Jones inmate was placed in a medical cell until housing could be made available.

Supervisor Hamby then escorted inmate Porter from Echo Charlie 221 to medical for evaluation and to be interviewed by Investigator Jones. Inmate Porter had no injuries reported during the medical evaluation. Investigator Jones then conducted an interview with inmate Porter, Inmate Porter stated that inmate Shields had exposed himself to inmate Porter. Inmate Porter told inmate Shields that "he (Porter) had no desire to have sex". Once the interview was completed inmate Porter was escorted back to Echo Charlie cell 221.

After the investigation was completed by investigator Jones it was determined that both inmate Porter and inmate Shields placed the claim on each other, and both inmate Porter and inmate Shields denied making sexual advances towards one another. Both inmate Porter and inmate Shields stated that there was no contact between them. Investigator Jones found the claim to be unsubstantiated.

B:    Staff involved and role they played during/after the incident:

<br><br><br>

C:    What events precipitated this event:

<br><br><br>

D:    Offenders involved:

| Full Name | DOC # | Race | Age | Sentence Length/Days Remaining/Crime/STG Affiliation | Updated offender profile screening from attached (Y or N) | Mental Health Level/Medication Compliance (past 90 days) | Updated Mental Health Assessment Attached (Y or N) |
|---|---|---|---|---|---|---|---|
| PORTER, GLENN ARTHUR | 99595 | W | 58 | | | | |
| SHIELDS, THOMAS JOSEPH | 754757 | W | 47 | | | | |

E:    Injuries sustained:

| Staff or Offender (S or O) | Full Name | Type of Injury | Cause of Injury | Treatment Received-Offender (provide update on current condition, treatment and location) | Treatment Received-Staff (was treatment provided outside of the facility) |
|---|---|---|---|---|---|
| | | | | | |

**F:** Were any weapons or contraband recovered during this incident?

**G:** What future impact will/could this incident have on staff and/or offenders and/or their families?

**H:** What corrective measures were implemented and what follow-up action should be addressed to resolve and/or prevent future incidents?

**I:** What disciplinary/commendations for staff was recommended?

**J:** If there is no video related to this incident, explain why:

**K:** If there is video of this incident, how many discs are included with this report?

**L:** Will transfers or separatees be recommended for any of the offenders involved?

Attachment G
OP-050108
Page 1 of  2

## Spontaneous Incidents/Use of Force: Check List/Closure

1. **I am** _____ ; _____
   Name                                            Title

2. **Today's date and time is:** _____

3. **My location at the present is:** _____

4. **The location of the incident was:**   Facility Property \ Section: E \ Block: C \ Cell: 221

5. **The name(s) and number of offender(s) is/are:**
   PORTER, GLENN ARTHUR           99595
   SHIELDS, THOMAS JOSEPH         754757

6. **Name(s) and title of staff involved were as follows:**
   Fox, Arthur Allen                    CHAPLAIN
   Mccool, Timothy Ryan                 SR CORRECTIONAL OFFICER
   Munday, Dwight Ga                    SHIFT SUPERVISOR
   Hamby jr, Earl                       ASSISTANT SHIFT SUPERVISOR
   Jones, Greg A                        INVESTIGATOR

7. **The circumstances leading to the incident were:**

8. **Action taken during the incident was:**

9. **Name(s) and title of staff involved were as follows:**
   Fox, Arthur Allen                    CHAPLAIN
   Mccool, Timothy Ryan                 SR CORRECTIONAL OFFICER
   Munday, Dwight Ga                    SHIFT SUPERVISOR
   Hamby jr, Earl                       ASSISTANT SHIFT SUPERVISOR
   Jones, Greg A                        INVESTIGATOR

10. **Injuries to staff and offender were: (examinations of staff and offenders must be conducted by medical personnel):**

11. **Medical staff present are:**
    Warren, Jeanette                     LPN
    Thomas, Antia                        LPN

12. **Summary of injuries are:**

13. **This concludes the incident involving the following offender(s):**
    PORTER, GLENN ARTHUR           99595
    SHIELDS, THOMAS JOSEPH         754757

14. **Camera operator is:** _____
                              Name/Title

15. **This tape, all incident reports, misconduct reports, or any physical evidence will be secured in**

(R 10/12)

Attachment G
OP-050108
Page 2 of 2

the chief of security's office until the next working day when all reports and the tape can be reviewed by the facility/unit head, assistant facility/unit head and chief of security.

_____

Name/Title/Position

16. This concludes the Spontaneous Use of Force incident involving offender(s). Give a summary of the name and DOC number of offenders and time of the Spontaneous Use of Force incident:

File Name: Attach_G.pdf

## Incident Notification Checklist

As incidents vary, additional questions may need to be asked to clarify (if possible) the event(s) that occurred. An update of staff or offender injuries will require a follow-up e-mail to provide the condition of staff and/or offenders. This update should be requested periodically and supplied by the facility as new information is learned.

| Original: | Updated: 08/26/2017 | | |
|---|---|---|---|
| Facility: | Cimarron Correctional | Reported by: | Warden Raymond Byrd |

| Type of Incident: | Sexual Assault (actual, alleged, or potential) | | |
|---|---|---|---|

| Date/Time Incident Occurred: | 08/26/2017 07:00 | Date/Time Division Manager Notified: | |
|---|---|---|---|

| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | Facility Property \ Section: E \ Block: C \ Cell: 221 | Unit locked down? | ☐ Yes ☒ No |
|---|---|---|---|

| Has DOC Inspector General been | ☒ Yes ☐ No | By Whom? Facility Investigator Greg Jones | When? |
|---|---|---|---|

### Incident Classification

1. Offender-on-Offender assaults with serious injury: N/A
1a. Number of Offender-on-Offender victims of assualts with serious injury: N/A
2. Offender-on-Offender assaults without serious injury: N/A
3. Offender-on-Offender fight: N/A
4. Offender-on-Offender assaults by throwing substances: N/A
5. Disruptive Event:  N/A

### Offenders Involved
(attach additional pages if needed)

| Full Name | DOC # | Race | Age | Crime(s) |
|---|---|---|---|---|
| PORTER, GLENN ARTHUR | 99595 | W | 58 | |
| SHIELDS, THOMAS JOSEPH | 754757 | W | 47 | |

### Staff Involved
(attach additional pages if needed)

| Full Name | Title/Position |
|---|---|
| Fox, Arthur Allen | CHAPLAIN |
| Mccool, Timothy Ryan | SR CORRECTIONAL OFFICER |
| Munday, Dwight Ga | SHIFT SUPERVISOR |
| Hamby jr, Earl | ASSISTANT SHIFT SUPERVISOR |
| Jones, Greg A | INVESTIGATOR |

### Brief Summary of Incident

On Saturday August 26, 2017 at 0700 Chaplain Arthur Fox was conducting Facility Duty Officer rounds on Echo Charlie unit. When Chaplain Fox arrived to Echo Charlie cell 221 inmate Thomas Shields ODOC# 754757 was standing at the cell door with a sign say " Help me please PREA. Chaplain Fox told inmate Shields that he was going to go inform the unit officer. Chaplain Fox then went and informed Senior Correctional Officer Timothy McCool. Senior Officer McCool immediately notified Shift Supervisor Dwight Munday. Shift Supervisor Munday sent Assistant Shift Supervisor Earl Hamby to report to Echo Charlie to remove inmate Shields from cell 221.

Once Supervisor Hamby removed inmate Shields from cell 221 to interview and have inmate Shields write a statement. Inmate Shields statement stated that inmate Glenn Porter ODOC# 99595 asked inmate Shields to let "him (Porter) suck his (Shields) penis. Inmate Shields refused the advance. The statement then went on to say that after inmate Shields refused inmate Porter stated " He would get some dick after he (Shields) went to sleep.

Supervisor Hamby escorted inmate Shields to medical for evaluation. Upon being evaluated inmate Shields received no injuries. Inmate Shields was then interviewed by Facility Investigator Greg Jones. After the interview with Investigator Jones inmate was placed in a medical cell until housing could be made available.

Attachment H
OP-050108
Page 2 of 3

Supervisor Hamby then escorted inmate Porter from Echo Charlie 221 to medical for evaluation and to be interviewed by Investigator Jones. Inmate Porter had no injuries reported during the medical evaluation. Investigator Jones then conducted an interview with inmate Porter, Inmate Porter stated that inmate Shields had exposed himself to inmate Porter. Inmate Porter told inmate Shields that "he (Porter) had no desire to have sex". Once the interview was completed inmate Porter was escorted back to Echo Charlie cell 221.

After the investigation was completed by investigator Jones it was determined that both inmate Porter and inmate Shields placed the claim on each other, and both inmate Porter and inmate Shields denied making sexual advances towards one another. Both inmate Porter and inmate Shields stated that there was no contact between them. Investigator Jones found the claim to be unsubstantiated.

| Staff/Offender Injuries |
| --- |
| (Be as specific as possible - head wound, puncture wound, etc., to include any emergency treatment/hospital transport) |
| |

| Weapons Used/Recovered |
| --- |
| (if known) |
| |

| If applicable, was the offender single celled? | [ ] Yes [X] No | If no, was cell partner involved? | [X] Yes [ ] No | Name/DOC# | Glenn Porter 99595 |
| --- | --- | --- | --- | --- | --- |

| Any other pertinent information specific to this incident |
| --- |
| |

| Notification |
| --- |
| |

**Reported to Division Manager by:**

Name: _____     Date: _____     Time: _____

**INSPECTOR GENERAL'S OFFICE TO NOTIFY THE PUBLIC INFORMATION OFFICER**

_____     Date: _____     Time: _____
**Signature of Manager**

**Comprehensive Report Ordered:** _____ Yes _____ No

**The report will be as detailed as possible utilizing Attachment A "Comprehensive Report."**

Attachment H
OP-050108
Page 3 of   3

Incident Classification Definitions

<u>Offender-on-offender assaults with serious injury</u> – A serious injury requires urgent and immediate medical treatment and restricts the offender's usual activity. Medical treatment should be more extensive than mere first aid, such as the application of bandages to wounds; it might include stiches, setting of broken bones, treatment of concussion, loss of consciousness, etc.

<u>Number of Offender-on-offender victims</u>   – An assault may have more than one victim; count the number of victims.

<u>Offender-on-offender assaults without serious injury</u>  – An assault that results in an injury that does not require urgent and immediate medical treatment.

<u>Offender-on-offender fight</u> – Do not count serious assaults or assaults that do not involve serious injury as "fights." A fight may include a flare of tempers with physical contact (e.g. punch, hard shove, etc.), mutual combat, or minor physical contact between two or more offenders where there was no injury.

<u>Offender-on-offender assaults by throwing substances</u>– Exclude assaults with serious injury. Include assaults by throwing or spitting liquid, blood, waste, chemicals, urine, etc. that involved non-serious injury or no injury.

<u>Disruptive Event</u>– Incidents brought about by offender action that resulted in loss of control of the facility or a portion of the facility and required extraordinary measure to regain control.

<u>Victim</u> – An individual who is harmed or assaulted by another individual regardless of whether the identity of the assailant(s) was substantiated by the disciplinary process or a court of law. However, there must be sufficient evidence that the injury resulted from an attack and not an accident.

Attachment K-2
OP-050108
Page 1 of  3

# Serious Incident Database Report
## Private Prisons

1.  **Facility:**  Cimarron Correctional

2.  **Date of Incident:**   08/26/2017

3.  **Offender Offense History:**

4.  **Area of Incident:**

5.  **Narrative:**

6.  **Who was the first responder to the incident?**

7.  **If PREA, was the incident referred to Internal Affairs?**

8.  **If Use of Force was used, was it?**

9.  **If planned, was Medical contacted prior to Use of Force?**

10.  **Was the incident video recorded?**

11.  **If electronic technology was used, was the offender medically cleared?**

12.  **What type of non-deadly force equipment was used?**

☐ Inflammatory                         ☐ Electronic Technology

   ☐ OC                                   ☐ Electronic Shield

   ☐ CS (Private Prisons ONLY)            ☐ Radio Active Custody Control

                                          ☐ Taser

☐ Physical Restraint Device

   ☐ Belly Chains                      ☐ Leg Irons

   ☐ Four or Five point restraints     ☐ Restraint Chair

   ☐ Handcuffs                         ☐ Other

(R 10/12)

File Name: Attach_K.pdf

Attachment K-2
OP-050108
Page 2 of  3

**13. What level of force was used?**

☐ Inflammatory Agent

    ☐ OC                  Weight prior to use:

    ☐ CS (Private Prisons ONLY) Weight prior to use:

☐ Deadly Force                                         ☐ Impact Weapons

    ☐ Hand Gun                                       ☐ Baton

    ☐ Rifle-Sniper                                 ☐ Collapsible Baton

    ☐ Rifle-Tower

    ☐ Shot Gun

☐ Physical Contact

    ☐ Defensive Tactics- hold

    ☐ Offensive Tactics- Striking

**14. Was more than one camera used to record incident?**

**15. Were there injuries during the Use of Force?**

**16. Where was the injury treated?**

**17. Injuries Sustained:**

    ☐ Staff                ☐ Offender            ☐ Both

**18. What was the mental health levels of the offenders involved?**

**19. Was the offender taking prescribed medications?**

File Name: Attach_K.pdf

Attachment K-2
OP-050108
Page 3 of  3

**20. Was the incident racially motivated?**

**21. Race(s) involved?**

☐ Black        ☐ White

☐ Hispanic     ☐ Native American

☐ Other

14-2C

## SEXUAL ABUSE INCIDENT CHECK SHEET

| Alleged Victim: Thomas Shields | Facility: CCF |
|---|---|
| Alleged Perpetrator: Glenn Porter | |

| Date/Time: | 8/26/2017 @ 0700 | Required Activities |
|---|---|---|

### INITIAL REPORT OR ALLEGATIONS OF SEXUAL ABUSE

| 8/26/17 0650 | ✓ | First responder separates inmate/resident from alleged perpetrator and notifies Shift Supervisor. |
|---|---|---|
| N/A | ✓ | If the alleged incident involves an identified staff perpetrator, ensure steps are taken to place this person in a non-inmate/resident contact role or on administrative leave pending the investigation. |
| 8/26/17 0712 | ✓ | Security immediately escorts inmate/resident to Health Services Department (physical contact only). |
| N/A | ✓ | Health Services Department stabilizes/assesses victim (physical contact only). |
| 8/26/17 0715 | ✓ | Health Services Department notifies the SART representative (i.e. mental health/Victim Services Coordinator (VSD)/medical. |
| N/A | ✓ | Inmate/resident is not allowed to shower, remove clothing without medical supervision, use the restroom (or consume any liquids (in order to preserve evidence). (physical contact only) |
| 8/26/17 0710 | ✓ | Shift Supervisor notifies Warden/Administrator (ADO after hours) and PREA Compliance Manager. |
| 8/26/17 0700 | ✓ | Shift Supervisor or Investigator obtains a brief statement from the alleged victim while in the Health Services Department. |
| 8/26/17 0715 | ✓ | Victim requested victim advocate. |
| 8/26/17 0730 | ✓ | When requested, victim advocate was made available. |
| N/A | ✓ | If report is within 72 hours of physical abuse/penetration, if medically and evidentiary appropriate, Shift Supervisor and medical staff ensure victim is transported to outside medical provider for evidence collection/treatment. |
| N/A | ✓ | If report is within 72 hours of physical abuse/penetration, Shift Supervisor and/or Investigator preserves the crime scene by sealing access if possible and photographing the scene and visible evidence at the scene (e.g. tissue or blood). |
| N/A | ✓ | If the alleged perpetrator is an inmate/resident, security staff ensures he/she is placed in a single cell (if available) in the event evidence collection is required. The inmate/resident is not allowed to wash, shower, or change clothes. (physical contact only) |
| N/A | ✓ | The PREA Compliance Manager or facility Investigator notifies local law enforcement officers of the allegation and asks for guidance in crime scene preservation and coordinating the investigation. (only if allegation is a criminal act) |
| 8/26/17 0720 | ✓ | The Warden/Administrator/designee or ADO notifies the contracting agency. |
| 8/26/17 0720 | ✓ | The Warden/Administrator/designee or ADO ensures the 5-1A and any correctional agency required documentation is completed within 24 hours of the initial report or allegation of sexual abuse and/or harassment. |

### INITIAL PREA REVIEW (48 to 72 HOURS AFTER REPORT)

| | ☐ | Managing Director convenes a preliminary review of the response to the incident involving the Warden/Administrator, PREA Compliance Manager, facility Investigator, the FSC PREA Coordinator, and available PREA committee members. |
|---|---|---|

### ONGOING PREA RETALIATION MONITORING (for at least 90 days following report)

| Date Assigned: 8-26-17 | ✓ | For at least 90 days following a report of sexual abuse, the facility shall monitor the conduct and treatment of inmates/residents or staff who reported the sexual abuse, and of inmates/residents who were reported to have suffered sexual abuse to see if there are changes that may suggest possible retaliation by inmates/residents or staff, and shall act promptly to remedy any such retaliation. Items the facility should monitor include any inmate/resident disciplinary reports, housing, or program changes, or negative performance reviews or reassignments of staff. The facility shall continue such monitoring beyond 90 days if the initial monitoring indicates a continuing need. This ongoing review shall be documented using 14-2D Ongoing PREA Retaliation Monitoring Report (physical contact only). |
|---|---|---|
| Person Assigned: M.G. Jones | | |

### Electronically Signed By:

| Name | Job Title | Date and Time Signed |
|---|---|---|

Proprietary Information - Not For Distribution - Copyrighted - Property of CCA

11/03/14

File Name: 2017-1003-486-PREA K2 14-2C PREA Check List.pdf

14-2C

# SEXUAL ABUSE INCIDENT CHECK SHEET

| Alleged Victim: | THOMAS SHIELDS (754757) | Facility: | Cimarron Correctional |
|---|---|---|---|
| Alleged Perpetrator: | GLENN PORTER (99595) | | |

| Date/Time: | | Required Activities |
|---|---|---|
| | | **INITIAL REPORT OR ALLEGATIONS OF SEXUAL ABUSE** |
| _____ | X | First responder separates inmate/resident from alleged perpetrator and notifies Shift Supervisor. |
| _____ | | If the alleged incident involves an identified staff perpetrator, ensure steps are taken to place this person in a non-inmate/resident contact role or on administrative leave pending the investigation. |
| _____ | X | Security immediately escorts inmate/resident to Health Services Department. (physical contact only) |
| _____ | | Health Services Department stabilizes/assesses victim. (physical contact only) |
| _____ | X | Health Services Department notifies the SART representative (i.e. mental health/Victim Services Coordinator (VSC)/medical. |
| _____ | | Inmate/resident is not allowed to shower, remove clothing without medical supervision, use the restroom, or consume any liquids (in order to preserve evidence). (physical contact only) |
| _____ | X | Shift Supervisor notifies Warden/Administrator (ADO after hours) and PREA Compliance Manager. |
| _____ | X | Shift Supervisor or Investigator obtains a brief statement from the alleged victim, while in the Health Services Department. |
| _____ | X | Victim requested victim advocate. |
| _____ | X | When requested, victim advocate was made available. |
| _____ | | If report is within 72 hours of physical abuse/penetration, if medically and evidentiarily appropriate, Shift Supervisor and medical staff ensure victim is transported to outside medical provider for evidence collection/ treatment. |
| _____ | | If report is within 72 hours of physical abuse/penetration, Shift Supervisor and/or Investigator preserves the crime scene by sealing access if possible, and photographing the scene and visible evidence at the scene (e.g. tissue or blood) |
| _____ | | If the alleged perpetrator is an inmate/resident, security staff ensures he/she is placed in a single cell (if available) in the event evidence collection is required. The inmate/resident is not allowed to wash, shower, or change clothes. (physical contact only) |
| _____ | | The PREA Compliance Manager or facility Investigator notifies local law enforcement officers of the allegation and asks for guidance in crime scene preservation and coordinating the investigation. (only if allegation is a criminal act) |
| _____ | X | The Warden/Administrator/designee or ADO notifies the contracting agency. |
| _____ | X | The Warden/Administrator/designee or ADO ensures the 5-1A and any correctional agency required documentation is completed within 24 hours of the initial report or allegation of sexual abuse and/or harassment. |
| | | **INITIAL PREA REVIEW (48 to 72 HOURS AFTER REPORT)** |
| 08/29/2017 09:31 | X | Managing Director convenes a preliminary review of the response to the incident involving the Warden/Administrator, PREA Compliance Manager, facility Investigator, the FSC PREA Coordinator, and available PREA committee members |
| | | **ONGOING PREA RETALIATION MONITORING (for at least 90 days following report)** |
| Date Assigned: 08/26/0017 00:00 Person Assigned: Facility Investigator Greg Jones | X | For at least 90 days following a report of sexual abuse, the facility shall monitor the conduct and treatment of inmates/residents or staff who reported the sexual abuse, and of inmates/residents who were reported to have suffered sexual abuse to see if there are changes that may suggest possible retaliation by inmates/residents or staff, and shall act promptly to remedy any such realiation. Items the facility should monitor include any inmate/resident disciplinary reports, housing, or program changes, or negative performance reviews or reassignments of staff. The facility shall continue such monitoring beyond 90 days if the initial monitoring indicates a continuing need. This ongoing review shall be documented using 14-2D Ongoing PREA Retaliation Monitoring Report. (physical contact only) |

## Electronically Signed By:

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Dwight Ga Munday | SHIFT SUPERVISOR | 08/26/2017 18:01 |

     Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic     11/03/14

File Name: PREA_Checklist.pdf

5-1C

# INCIDENT STATEMENT

| Facility | CCF | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Incident Date | August 26, 2017 | Incident Time (HRS) | ~~0628~~ on 0700 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Chaplain Fox ( FDO ) | 19979298 | Employee | Witness |

| Housing Location (For Inmates/Residents Only) | Echo Charlie |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

At 0628 on 8/26/17, while making my FDO rounds I was called to the door of cell EC 221. Upon arriving at the door I witnessed inmate, Thomas Shields # 764767, standing in front of the window with a small white sign reading, " HELP ME PLEASE PREA " . I shared with him quietly that I would inform security of his situation. SGT. McCool was in route to EC so I waited the 2-3 minutes until his arrival and notified him of inmate Shields' plea. He immediately radio-called Captain Munday. I indicated to SGT. McCool that I would submit a 5-1c.

| Did you receive any injuries?  YES or NO  (If YES, Explain Below) | No Injuries |
|---|---|

| Were you evaluated by medical?  YES or NO | No medical evaluation needed |
|---|---|

| Printed Name: | Arthur Fox | | |
|---|---|---|---|
| Signature: | *Arthur Fox* | Date: | 8/26/17 |
| Typed By: | Arthur Fox | Date: | 8/26/17 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

2/26/13

Proprietary Information -- Not For Distribution -- Copyrighted - Property of CCA

File Name: 2017-1003-486-PREA 5-1C A. Fox.pdf

5-1C

# INCIDENT STATEMENT

| Facility | Cimarron Correctional Facility | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Incident Date | August 26, 2017 | | Incident Time (HRS) | 0700 |
|---|---|---|---|---|

| Person Name | ID Number<br>(Employee #/Inmate #/Civilian ID) | Person Type<br>(Employee/Inmate/Civilian) | Person Role<br>(Witness or Participant) |
|---|---|---|---|
| Earl Hamby | 6878931 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | N/A |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On August 26, 2017 and at approximately 0715 I, Assistant Shift Supervisor Earl Hamby was directed to report to Echo Charlie housing to initiate a possible PREA complaint. Upon arrival at Echo Charlie cell 221, I removed inmate Thomas Shields OKDOC#754757 and asked him to write a statement detailing his complaint. Inmate Shields alleged that Inmate Glen Porter OKDOC#99595 had asked to be allowed to "Suck" Inmate Shields's penis. The Allegations stated that upon refusal of favors, Inmate Porter stated that he would get some "dick" when Inmate Shields fell asleep.

I escorted Inmate Shields to medical where it was determined that there was no physical contact between Inmate Shields and Inmate Porter. I notified Assistant warden Virgil Ensey and Facility Investigator Greg Jones of the allegations. Investigator jones responded to the facility and spoke with Inmate Shields. After interviewing Inmate Shields, Investigator Jones had Inmate Shields Placed in a medical cell.

I returned to Echo Charlie housing and escorted Inmate Porter to medical for evaluation. Investigator Jones then interviewed Inmate Porter. Upon completion of the Interview I escorted inmate Porter back to Echo Charlie cell 221. I completed the escort and returned to my duties. *EOS*

| Did you receive any injuries? YES or NO  (If YES, Explain Below) | No |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name: | Earl Hamby | | |
|---|---|---|---|
| Signature: | | Date: | August 26, 2017 |
| Typed By: | Earl Hamby | Date: | August 26, 2017 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

File Name: 2017-1003-486-PREA 5-1C Hamby.pdf

5-1C

# INCIDENT STATEMENT

| Facility | Cimarron Correctional Facility | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|

| Incident Date | 08/26/2017 | Incident Time (HRS) | 0700 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| D. Munday | 16524440 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On Saturday August 26, 2017 at approximately 0705 hours I Shift Supervisor Dwight Munday was notified of a PREA claim made by inmate Thomas Shields ODOC# 754757 against his cell partner Glenn Porter ODOC# 99595. I instructed Assistant Shift Supervisor Earl Hamby to report to Echo Charlie to talk to Inmate Shields and escort him to Medical for evaluation and to gather more information.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | NO |
|---|---|

| Were you evaluated by medical? YES or NO | NO |
|---|---|

| Printed Name: | D. Munday | | |
|---|---|---|---|
| Signature: | | Date: | 08/26/2017 |
| Typed By: | D. Munday | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information -- Not For Distribution -- Copyrighted - Property of CoreCivic

File Name: 2017-1003-486-PREA 5-1C Munday.pdf

5-1C

# INCIDENT STATEMENT

| Facility | Cimarron Correctional Facility | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|

| Incident Date | 08/26/17 | Incident Time (HRS) | 0700 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| S/O T. McCool | 22636704 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On Saturday August 26 2017 at 0700 hours inmate Shields, Thomas DOC #754757 informed myself that a PREA incident had occurred with him and his cellmate Porter, Glenn DOC#99595. I notified my supervisor and separated the inmates from each other pulling inmate Shields down to the Echo Charlie pod officer office. Once the initial interview was complete inmate Shields was then taken to compound 1 medical. A cell search was conducted on Echo Charlie cell 221 based on the information given and there was nothing in the cell that was said would be in the cell. E.O.S.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | No |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name: | T. McCool | | |
|---|---|---|---|
| Signature: | | Date: | 08/26/17 |
| Typed By: | T. McCool | Date: | 08/26/17 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

2/26/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

File Name: 2017-1003-486-PREA 5-1c McCool.pdf

5-1C

## INCIDENT STATEMENT

| Facility | Cimarron Correctional Facility | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Incident Date | August 26, 2017 | | Incident Time (HRS) | 0700 hours |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Glenn Porter | 99595 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

| Based on your own knowledge, what did you see, hear, and do? |
|---|
| |

| Did you receive any injuries? YES or NO  (If YES, Explain Below) | No |
|---|---|

| Were you evaluated by medical?  YES or NO | Yes |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | | Date: | |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| X | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | R. MESZAROS | Date: | 8/28/17 |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | Tina McClaskey | Date: | 8/28/17 |
|---|---|---|---|
| Employee/Witness Signature | Tina Mc Claskey | | |

Page 1 of 1

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

5-1C

# INCIDENT STATEMENT

| Facility | CCF | | Incident Number | 2017-1003-486-PREA |
|---|---|---|---|---|

| Incident Date | 8-26-17 | | Incident Time (HRS) | 0700 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Thomas Shields | 754754 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

08/26/17  Inmate in EC cell tryed to suck my penise by asking me, and after deting some dop/ he also ask me to fuck him. after telling him NO he became mader's at me and said he would get some dick once. I went to stop Ts. sleep U. I came to staff for help. We had no Contact, at all. I am requesting PC because I dont feel safe.

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

No.

**Were you evaluated by medical? YES or NO**    yes

| Printed Name: | Thomas Shields | | |
|---|---|---|---|
| Signature: | Thomas Shields | Date: | 08/26/17 |
| Typed By: | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|

Page 1 of 2

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

File Name: 2017-1003-486-PREA 5-1c Shields 754757.pdf

TOOL-L

# THIS DOCUMENT IS CONFIDENTIAL
All or part of this report may be subject to the Attorney/Client Privilege and/or the Work Product Doctrine.

## CCA GENERAL COUNSEL OFFICE OF INVESTIGATIONS
### INVESTIGATION REPORT FORM

| | |
|---|---|
| **NAME OF SUBJECT FACILITY:** | Cimarron Correction |
| **FSC CASE #:** | |
| **FACILITY CASE #:** | 1003 |
| **PRIMARY ALLEGATION:** | Sexual Harassment |

**To:** Raymond Byrd, Warden
**From:** Greg Jones, Facility Investigator
**Date:** August 26, 2017

### EXECUTIVE SUMMARY:

Cimarron Correctional Facility (CCF) Cushing, Oklahoma

On Saturday August 26, 2017 at 0700 Inmate Thomas Shields ODOC# 754757 (47 year old white male with no STG serving 90M for CON/FELONS PROHIB/CARRY FIREARMS out of McCurtain County) told Cimarron staff that his cell partner, Inmate Glenn Porter ODOC # 99595 (58 year old white male with no STG serving Life for Murder first degree out of Pottawatomie County) asked to suck his (Shield) penis. Inmate Glenn then stated that after inmate Shields went to sleep "he (Glenn) would get some dick".

Inmate Shields was removed from Echo Charlie cell 221 at 0701 and was escorted to medical and placed into a medical cell. Medical is currently conducting their evaluation. Facility Investigator Jones is being notified and additional information will follow.

Thomas Shields ODOC# 754757 (47 year old white male with no STG serving 90M for CON/FELONS PROHIB/CARRY FIREARMS out of McCurtain County)

Glenn Porter ODOC # 99595 (58 year old white male with no STG serving Life for Murder first degree out of Pottawatomie County)

Page | 1

10/2015

**Proprietary Information – Not For Distribution – Copyright – Property of CCA**

File Name: 2017-1003-486-PREA K1 Tool L.pdf

TOOL-L

# THIS DOCUMENT IS CONFIDENTIAL

All or part of this report may be subject to the Attorney/Client Privilege and/or the Work Product Doctrine.

## INVESTIGATION PARTICIPANTS:

| First and Last Name | Formal Title |
|---|---|
| Thomas Shields | Offender |
| Glenn Porter | Offender |

## INVESTIGATION FINDINGS:

In an interview conducted on August 26, 2017, Offender Thomas Shields indicated the following:

In an interview conducted on August 26, 2017, Offender Glenn Porter indicated the following:

## CONCLUSION SUMMARY:

Offender Shields stated that Offender Porter had made sexual advances toward him and ask him if he wanted his "dicks sucked by a real woman" and that porter had been acting strange. Offender Porter stated that Offender Shields had exposed himself to him and he (Porter) told Shields that he does not have the desire to have sex. Both offenders place the claim on each other and denied that they made any sexual advances toward one another. Both offenders stated that there was No contact between them.

Investigative finding is Unsubstantiated

IG Yott, Ken Notified at 0955 hours

## EXHIBITS:

_____

**Investigator's Signature**

_____

**Date**

10/2015

Proprietary Information – Not For Distribution – Copyright – Property of CCA

File Name: 2017-1003-486-PREA K1 Tool L.pdf

2017-1003-486-PREA P1-P2
DATE: 8-26-17

TIME: 0700

P1 Photo of Inmate Shields



P2 Photo of Inmate Porter



DEPARTMENT OF CORRECTIONS
Emergency Care Record

R1
MH- B
Meds- Yes
EC221

Chief Complaint: Accused of committing a PREA / Preseg
Onset: 8-26-17                                    Location:
Med'l History: None  Asthma  CAD  COPD  CVA  DM  HTN  HIV  MI  Seizures  Cancer  Hep C
Allergies: IV/Oral contrast
Curr Medications: Prenatal vitamins, Aldactone, Estrace, ASA

Vital Signs: B.P 146/88  R. 18  P: 94  T. 97.0  Wt.  O2 sat: 99%  FSBS:

| Respiratory | CIRCLE ALL THAT APPLY | Cardiovascular |
|---|---|---|
| WNL  Labored  Cough  SOB  Wheezes  Stridor  Crackles  Hemo Ptysis  Pain with breathing  Diminished  Nasal flaring  Other: | | WNL  Chest pain  Left arm pain  Diaphoresis  Orthopnea  Edema  Palpitations  Dizzy spells  Syncope  Tachycardia  Bradycardia  Other: |

| Gastrointestinal | Genitourinary |
|---|---|
| WNL  Nausea  Diarrhea  Dysphagia  Melena  Constipation  Vomiting:  Clear  Gastric  Coffee grounds  Hematemesis  Hematochezia  Abdomen:  Soft  Tender  Firm  Distended  Bowel sounds: WNL  Hyperactive  Hypoactive  Absent  Other: | WNL  Dysuria  Nocturia  Frequency  Incontinence  Flank pain  Male:  Discharge  Penile lesions  Testicle pain  Testicle swelling  Female:  Vaginal discharge  Abnormal bleeding  Pelvic pain  Dysmenorrhea  Pregnant  Other: |

| Skin | Treatments |
|---|---|
| Warm  Cool  Dry  Clammy  Moist  Color:  WNL  Pale  Flushed  Cyanotic  Jaundice  M/Membrane  WNL  Moist  Sticky  Parched  Turgor:  WNL  Decreased  Edema:  Absent  Present  Laceration:           cm   R / L   Upper / Lower  Location: Forehead  Supraorbital  Infraorbital  Zygoma  Maxilla  Mandible  Lid  Ear  Nose  Lip  Mouth  Chin  Neck  Hand  Wrist  Forearm  Elbow  Leg  Chest  Back  Shoulder  Foot  Ankle  Type:  Avulsion  Flap  Linear  Jagged  Stellate  Irregular  Through To: Skin  Mucosa  SQ  Muscle  Fascia  Bone  Galea  Other: | ☐ Oxygen applied: Time: _____ liters  ☐ IV access started: Time: _____  Jelco size: ___  Site: _____  Inserted by: _____  ☐ Lactated Ringer  ☐ D5W  ☐ Normal Saline  ☐ CPR started: Time: ____  CPR terminated: Time: ____  ☐ Life Pack applied: Time: _____  ☐ VS every 5 –10 minutes until transported:  Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___  Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___  Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___  ☐ Emergency department notification time: _____  Report given to: _____  Time ambulance notified: _____  Ambulance arrival time: _____  Ambulance departure time: _____  ☐ Tetanus given: _____  Time: _____  (dose/route/location) |

| Eyes/Ears/Nose/Throat | |
|---|---|
| Eyes:  WNL  Blurred vision  Double vision  Discharge  Redness  Photophobia  Ears:  WNL  Pain  Bleeding  Drainage  Ringing  Hearing loss  Nose:  WNL  Bleeding  Congestion  Discharge  Throat: WNL  Pain  Swelling  Voice change  Mouth:  WNL  Pain  Swelling  Bleeding  Other: | Send copy of ER assessment/treatment and Medication Charting Sheet (MAR's) to emergency department with patient |

Progress Notes:
Cell mate Accuses this unmate of Committing PREA. Ready for Preseg -

| Neurological | |
|---|---|
| WNL  Oriented X 3  Disoriented - person / place / time  Headaches  Dizziness  Seizure  Tremors  Fainting  Walking problems  Speech problems  R / L: Altered sensation  R / L: Altered motor  Pulses:  Present  Absent  Other: | |

| Musculoskeletal | |
|---|---|
| R/L:  Pain  Swelling  Bruising  Fracture  Sprain  Neck  Chest wall  Rib(s)  Back  Shoulder  Arm  Elbow  Forearm  Wrist  Hand  Pelvis  Hip  Leg  Knee  Foot  Other: | Medical Provider/RN Notified: Date 8-26-17  Time: 0900  Orders Received for Treatment: ☐ Yes ☐ No  QHCP Signature: Je Warren LPN  Date:           Time: |

Medical Provider Signature:
Offender Name  Porter, Glenn

Date:        Time        A.M.-PM
DOC #  99595

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PROTOCOL FOR EMERGENCIES
**Medical Diagram of Injury**

| 1. | 2. | 3. | 4. |
| 5. | 6. | 7. | 8. |

_no injuries noted_

Back        Front

(Nursing Protocol must be signed by the Medical Provider if offender displays any of the below s/s or any additional treatment/ medication required)
**NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:**

| Lacerations | Fractures | Contusion |
|---|---|---|
| ❑ Wound(s) is severe /deep / requires sutures | ❑ Obvious deformity, Loss of sensation | ❑ Deformity is present |
| ❑ Bleeding is uncontrolled | ❑ Numbness/severe pain, Absent distal pulses | ❑ Impaired neurological/vascular status |
| ❑ Wound has imbedded debris not easily irrigated out | ❑ Mechanism of injury suggesting hidden trauma | ❑ Mechanism of injury suggesting hidden trauma |
| ❑ Laceration to the face, ear, nose , eyelid or over joint | ❑ Takes anticoagulants, Over age 50 | ❑ Marked swelling is present |
| ❑ Wound that edges do not approximate easily with Steri – Strips | ❑ X-rays, tetanus booster | ❑ Condition not responding to intervention |
| ❑ Signs of infection present | **(If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient)** | |
| ❑ Laceration to the abdomen or chest that may penetrate underlying organs | | |

**Assessment:**
❑ Alteration in skin integrity related to trauma
**Plan: Nursing Intervention Routine: (check all that apply)**

| Lacerations | Fractures | Contusions |
|---|---|---|
| ❑ Stop bleeding with pressure | ❑ C-collar, back board, c-spine precautions | ❑ Consider immobilization of injury with splint or ace wrap until seen by medical provider or RN |
| ❑ Apply telfa pad, clean dry dressing or butterfly dressing | ❑ Immobilize affected limb prior to moving | |
| ❑ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt | ❑ Elevate affected limb | ❑ Apply ice to the affected area to reduce swelling |
| | ❑ Splint joint above and below injury | |
| ❑ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days | ❑ Apply ice | ❑ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days |
| **OR** | ❑ Sling for upper extremity | **OR** |
| ❑ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days | ❑ Ice to closed injury site | ❑ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days |
| ❑ Arrange for dressing change, wound check and suture removal | ❑ Cover open wound with sterile dressing | ❑ Arrange for dressing change, wound check and suture removal |
| | ❑ Crutches (if indicated) | ❑ Consider crutches if lower extremity |
| | ❑ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days | |
| | **OR** | |
| | ❑ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days | |
| | ❑ Arrange for dressing change, wound check and suture removal | |

❑ Education/Intervention  Instructed to keep wound clean and dry, signs and symptoms of infection  follow-up sick call if no improvement, if condition worsens or fever  Offender verbalizes understanding of instructions

Medical Provider Signature/Credentials _____   Date _____ Time _____
QHCP Signature/credentials _Janette Warren LPN_   Date _2017_ Time _0900_
Offender Name _Porter, Glenn_   DOC # _99595_

OKLAHOMA DEPARTMENT OF CORRECTIONS          R2
Emergency Care Record                                    MH- A
(Medical Diagram of Injury)                            meds- NO

**Chief Complaint:** Prea Evaluation
**Onset:**                                          **Location:**
**Medical History:** (None) Asthma  CAD  COPD  CVA  DM  HTN  HIV  MI  Seizures  Cancer  Hep C
**Allergies:** NKDA
**Current Medications:** Zoloft

**Vital Signs:** B/P 122/82  R: 20  P: 74  T: 98.5  Wt.  O2 sat: 97%  FSBS:

| Respiratory | Cardiovascular |
|---|---|
| WNL  Labored  Cough  SOB  Wheezes  Stridor  Crackles | WNL  Chest pain  Left arm pain  Diaphoresis  Orthopnea |
| Hemoptysis  Pain with breathing  Diminished  Nasal flaring | Edema  Palpitations  Dizzy spells  Syncope  Tachycardia |
| Other: | Bradycardia  Other: |

| Gastrointestinal | Genitourinary |
|---|---|
| WNL  Nausea  Diarrhea  Dysphagia  Melena  Constipation | WNL  Dysuria  Nocturia  Frequency  Incontinence  Flank pain |
| Vomiting:  Clear  Gastric  Coffee grounds | Male:  Discharge  Penile lesions |
| Hematemesis  Hematochezia | Testicle pain  Testicle swelling |
| Abdomen: (Soft) Tender  Firm  Distended | Female:  Vaginal discharge  Abnormal bleeding |
| Bowel sounds: WNL  Hyperactive  Hypoactive  Absent | Pelvic pain  Dysmenorrhea  Pregnant |
| Other: | Other: |

| Skin | Treatments |
|---|---|
| Warm  Cool  Dry  Clammy  Moist | ☐ Oxygen applied: Time: _____ liters |
| Color:  WNL  Pale  Flushed  Cyanotic  Jaundice | ☐ IV access started: Time: _____  Jelco size: ____ |
| M/Membrane: WNL  Moist  Sticky  Parched | Site: _____  Inserted by: _____ |
| Turgor: (WNL)  Decreased | ☐ Lactated Ringer  ☐ D5W  ☐ Normal Saline |
| Edema:  Absent  Present | ☐ CPR started: Time: _____  CPR terminated: Time: ____ |
| Laceration: _____ cm  R/L  Upper/Lower | ☐ Life Pack used: Time: _____ |
| Location:  Forehead  Supraorbital  Infraorbital | ☐ VS every 5–10 minutes until transported: |
| Zygoma  Maxilla  Mandible  Lid  Ear  Nose | Time: ____  BP ____  Pulse ____  Resp. ____  O2 sats.____ |
| Lip  Mouth  Chin  Neck  Hand  Wrist  Forearm | Time: ____  BP ____  Pulse ____  Resp. ____  O2 sats.____ |
| Elbow  Leg  Chest  Back  Shoulder  Foot  Ankle | Time: ____  BP ____  Pulse ____  Resp. ____  O2 sats.____ |
| Type:  Avulsion  Flap  Linear  Jagged  Stellate  Irregular | ☐ Emergency department notification time: _____ Report |
| Through To:  Skin  Mucosa  SQ  Muscle  Fascia  Bone  Galea | given to: |
| Other: | Time ambulance notified: _____  Ambulance arrival time: ____ |
|  | Ambulance departure time: ____ |

| Eyes/Ears/Nose/Throat | ☐ Tetanus given: _____  Time: ____ |
|---|---|
| Eyes: WNL  Blurred vision  Double vision  Discharge | (dose/route/location) |
| Redness  Photophobia | Send copy of ER assessment/treatment and Medication Charting |
| Ears: WNL  Pain  Bleeding  Drainage  Ringing  Hearing loss | Sheet (MAR's) to emergency department with patient |
| Nose: WNL  Bleeding  Congestion  Discharge | **Progress Notes** |
| Throat: WNL  Pain  Swelling  Voice change | IM brought ambulatory to medic |
| Mouth: WNL  Pain  Swelling  Bleeding | for PREA evaluation. IM denies |
| Other: | any skin to skin contact and |

| Neurological | deries any injury. No injury |
|---|---|
| WNL  (Oriented X3)  Disoriented person  place  time | noted. Investigator Jones in the |
| Headaches  Dizziness  Seizure  Tremors  Fainting | interview. IM. IM was taken to |
| Walking problems  Speech problems | RS. |
| R/L: Altered sensation _____ |  |
| R/L: Altered motor _____ |  |
| Pulses:  Present  Absent |  |
| Other: _____ |  |

| Musculoskeletal |  |
|---|---|
| R/L: Pain  Swelling  Bruising  Fracture  Sprain | **Medical Provider/RN Notified: Date:** _____  **Time:** ____ |
| Neck  Chest wall  Rib(s)  Back  Shoulder  Arm  Elbow | **Orders Received for Treatment:** ☐ Yes ☐ No |
| Forearm  Wrist  Hand  Pelvis  Hip  Leg  Knee  Foot |  |
| Other: _____ | **QHCP Signature:** _____ |
|  | **Date:** 8/26/17  **Time:** 0720 |

**Medical Provider Signature:** _____     **Date:** _____  **Time:** _____  AM/PM

**Offender Name:** (Last, First) Shields, Thomas     **DOC #** 754757

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PRACTICE PROTOCOLS
**Medical Diagram of Injury**

1. _____  2. _____  3. _____  4. _____
5. _____  6. _____  7. _____  8. _____



N.A.

Denies injury

**Back**                                                                                    **Front**

(Nursing Protocol must be signed by the Medical Provider if offender displays any of the below s/s or any additional treatment/medication required)

**NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:**

| Lacerations | Fractures | Contusion |
|---|---|---|
| ☐ Wound(s) is severe /deep / requires sutures<br>☐ Bleeding is uncontrolled<br>☐ Wound has imbedded debris not easily irrigated out<br>☐ Laceration to the face, ear, nose , eyelid or over joint<br>☐ Wound that edges do not approximate easily with Steri – Strips<br>☐ Signs of infection present<br>☐ Laceration to the abdomen or chest that may penetrate underlying organs | ☐ Obvious deformity, Loss of sensation<br>☐ Numbness/severe pain, Absent distal pulses<br>☐ Mechanism of injury suggesting hidden trauma<br>☐ Takes anticoagulants, Over age 50<br>☐ X-rays, tetanus booster<br><br>(If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient) | ☐ Deformity is present<br>☐ Impaired neurological/vascular status<br>☐ Mechanism of injury suggesting hidden trauma<br>☐ Marked swelling is present<br>☐ Condition not responding to intervention |

**Assessment:**
☑ Alteration in skin integrity related to trauma
**Plan: Nursing Intervention Routine:** (check all that apply)

| Lacerations | Fractures | Contusions |
|---|---|---|
| ☐ Stop bleeding with pressure<br>☐ Apply telfa pad, clean dry dressing or butterfly dressing<br>☐ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt<br>☐ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>☐ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>☐ Arrange for dressing change, wound check and suture removal | ☐ C-collar, back board, c-spine precautions<br>☐ Immobilize affected limb prior to moving<br>☐ Elevate affected limb<br>☐ Splint joint above and below injury<br>☐ Apply ice<br>☐ Sling for upper extremity<br>☐ Ice to closed injury site<br>☐ Cover open wound with sterile dressing<br>☐ Crutches (if indicated)<br>☐ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>☐ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>☐ Arrange for dressing change, wound check and suture removal | ☐ Consider immobilization of injury with splint or ace wrap until seen by medical provider or RN<br>☐ Apply ice to the affected area to reduce swelling<br>☐ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>☐ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>☐ Arrange for dressing change, wound check and suture removal<br>☐ Consider crutches if lower extremity |

☑ Education/Intervention: Instructed to keep wound clean and dry, signs and symptoms of infection, follow-up sick call if no improvement, condition worsens or fever. Offender verbalizes understanding of instructions.

Medical Provider Signature/Credentials _____  Date: _____ Time: 0720

QHCP Signature/credentials _____  Date 8/26/17  Time: ___

Offender Name _Shields, Thomas_  DOC # 754757
(Last, First)

*2 3*

| Incident Notification Checklist |
|---|

As incidents vary, additional questions may need to be asked to clarify (if possible) the event(s) that occurred. An update of staff or offender injuries will require a follow-up e-mail to provide the condition of staff and/or offenders. This update should be requested periodically and supplied by the facility as new information is learned.

| Original: | August 26, 2017 | | Updated: | | |
|---|---|---|---|---|---|
| Facility: | Cimarron Correctional Facility | | Reported by: | Warden Raymond Byrd | |
| Type of Incident: | PREA Inmate on Inmate Sexual Harassment | | | | |
| Date/Time Incident Occurred: | August 26, 2017 @ 0700 | | Date/Time Division Manager Notified: | August 26, 2017 @ 0721 | |
| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | | Echo Charlie Cell 221 | | Unit locked down? | ☐Yes ☒ No |
| Has DOC Inspector General been notified? | ☒Yes ☐No | By Whom? | Facility Investigator Greg Jones | When? | August 26, 2017@ 0955 |

| Incident Classification |
|---|

1. Offender-on-Offender assaults with serious injury: No
1a. Number of Offender-on-Offender victims of assaults with serious injury: 0
2. Offender-on-Offender assaults without serious injury: No
3. Offender-on-Offender fight: No
4. Offender-on-Offender assaults by throwing substances: No
5. Disruptive Event: No

| Offenders Involved |
|---|
| (attach additional pages if needed) |

| Full Name | DOC # | Race | Age | | Crime(s) |
|---|---|---|---|---|---|
| Glenn Porter | 99595 | W | 58 | | Serving Life for Murder first degree out of Pottawatomie County |
| Thomas Shields | 754757 | W | 47 | | Serving 90 M for CON/Felons PROHIB/CARRY FIREARMS out of McCurtain County |

| Staff Involved |
|---|
| (attach additional pages if needed) |

| Full Name | Title/Position | |
|---|---|---|
| Arthur Fox | Chaplain | |
| Timothy McCool | Senior Correctional Officer | |
| Dwight Munday | Shift Supervisor | |
| Earl Hamby | Assistant Shift Supervisor | |
| Greg Jones | Investigator | |

| Brief Summary of Incident |
|---|

On Saturday August 26, 2017 at 0700 Chaplain Arthur Fox was conducting Facility Duty Officer rounds on Echo Charlie unit. When Chaplain Fox arrived to Echo Charlie cell 221 Inmate Thomas Shields ODOC# 754757 (47 year old White No STG) was standing at the cell door with a sign say "Help me please PREA". Chaplain Fox told Inmate Shields that he was going to go inform the unit officer. Chaplain Fox then went and informed Senior Correctional Officer Timothy McCool. Senior Officer McCool immediately notified Shift Supervisor Dwight Munday of the PREA claim made. Shift Supervisor Munday had Assistant Shift Supervisor Earl Hamby report to Echo Charlie to remove Inmate Shields from cell 221.

Once in Echo Charlie Supervisor Hamby removed Inmate Shields from cell 221 to interview and have Inmate Shields write a statement. Inmate Shields statement stated that Inmate Glenn Porter ODOC# 99595 (58 year old White No STG) asked Inmate Shields to let "him (Porter) suck his (Shields) penis. Inmate Shields refused the advance. The statement then went on to say that after Inmate Shields refused Inmate Porter stated "He would get some dick after he (Shields) went to sleep".

Supervisor Hamby escorted Inmate Shields to medical for evaluation. Upon being evaluated Inmate Shields received no injuries. Inmate Shields was then interviewed by Facility Investigator Greg Jones. After the interview with Investigator Jones inmate was placed in a medical cell until housing could be made available.

Supervisor Hamby then escorted Inmate Porter from Echo Charlie 221 to medical for evaluation and to be interviewed by Investigator Jones. Inmate Porter had no injuries reported during the medical evaluation. Investigator Jones then conducted an interview with inmate Porter, Inmate Porter stated that Inmate Shields had exposed himself to Inmate Porter. Inmate Porter told Inmate Shields that "he (Porter) had no desire to have sex". Once the interview was completed Inmate Porter was escorted back to Echo Charlie cell 221.

After the investigation was completed by Investigator Jones it was determined that both Inmate Porter and Inmate Shields placed the claim on each other, and both Inmate Porter and Inmate Shields denied making sexual advances towards one another. Both Inmate Porter and Inmate Shields stated that there was no contact between them. Investigator Jones found the claim to be unsubstantiated.

..... .. . .

**INMATE(S) INVOLVED:**
Glenn Porter # 99595
Thomas Shields # 754757

**ESCORTS:**  Supervisor Hamby escorted inmate Shields from Echo Charlie 221 to Medical for evaluation and to be interviewed. Supervisor Hamby then escorted inmate Shields to a cell for holding until housing could be made available.

Supervisor Hamby escorted inmate Porter from Echo Charlie cell 221 to medical for evaluation and to be interviewed. Inmate Porter was then escorted by Supervisor Hamby from medical back to Echo Charlie cell 221

**MEDICAL REPORTS/INJURIES TO STAFF / OFFENDERS:**  No injuries were reported to staff or inmates

**USE OF FORCE:**  None

**ADDITIONAL INFORMATION:**  Offender Shields stated that Offender Porter had made sexual advances toward him and ask him if he wanted his "dicks sucked by a real woman" and that porter had been acting strange. Offender Porter stated that Offender Shields had exposed himself to him and he (Porter) told Shields that he does not have the desire to have sex. Both offenders place the claim on each other and denied that they made any sexual advances toward one another. Both offenders stated that there was No contact between

them.

Investigative finding is Unsubstantiated

**CONCLUSION:** Inmate Shields stated that inmate Porter made sexual advances towards him (Shields), stating that inmate Porter asked to "suck his (Shields) penis. Shields also stated that Inmate Porter stated "I will get some dick after you go to sleep". Inmate Porter was then interviewed by Investigator Jones. Inmate Porter stated during the interview that inmate Shields was the one to make sexual advances by exposing his (Shields) penis to him (Porter).

**NOTIFICATION:** Virgil Ensey August 26, 2017 @ 0715 by Assistant Shift Supervisor Earl Hamby.
Lane Blair August 26, 2017 @ 0718 by Assistant Warden Virgil Ensey.
Jamie Keef August 26, 2017 @ 0721 by Assistant Warden Virgil Ensey.
Ken Yott August 26, 2017 @ 0955 by Facility Investigator Greg Jones.

| **Staff/Offender Injuries** |
| (Be as specific as possible—head wound, puncture wound, etc., to include any emergency treatment/hospital transport) |
| None |

| **Weapons Used/Recovered** |
| (if known) |
| None |

| If applicable, was the offender single celled? | ☒Yes ☒No | If no, was cell partner involved? | ☒Yes ☐ No | Name/DOC# | Glenn Porter # 99595 |
|---|---|---|---|---|---|
| **Any other pertinent information specific to this incident** | | | | | |
| | | | | | |

**Notification**

**Reported to Division Manager by:**

Name:_____   Date:_____   Time:_____

**INSPECTOR GENERAL'S OFFICE TO NOTIFY THE PUBLIC INFORMATION OFFICER**

_____   Date:_____   Time:_____
**Signature of Division Manager**

**Comprehensive Report Ordered:   ____Yes ____No**

**The report will be as detailed as possible utilizing Attachment A "Comprehensive Report."**

## Incident Classification Definitions

<u>Offender-on-offender assaults with serious injury</u> – A serious injury requires urgent and immediate medical treatment and restricts the offender's usual activity.  Medical treatment should be more extensive than mere first aid, such as the application of bandages to wounds; it might include stiches, setting of broken bones, treatment of concussion, loss of consciousness, etc.

<u>Number of Offender-on-offender victims</u> – An assault may have more than one victim; count the number of victims.

<u>Offender-on-offender assaults without serious injury</u> – An assault that results in an injury that <u>does not</u> require urgent and immediate medical treatment.

<u>Offender-on-offender fight</u> – Do not count serious assaults or assaults that do not involve serious injury as "fights."  A fight may include a flare of tempers with physical contact (e.g. punch, hard shove, etc.), mutual combat, or minor physical contact between two or more offenders where there was no injury.

<u>Offender-on-offender assaults by throwing substances</u> – Exclude assaults with serious injury.  Include assaults by throwing or spitting liquid, blood, waste, chemicals, urine, etc. that involved non-serious injury or no injury.

<u>Disruptive Event</u> – Incidents brought about by offender action that resulted in loss of control of the facility or a portion of the facility and required extraordinary measure to regain control.

<u>Victim</u> – An individual who is harmed or assaulted by another individual regardless of whether the identity of the assailant(s) was substantiated by the disciplinary process or a court of law.  However, there must be sufficient evidence that the injury resulted from an attack and not an accident.

(R 6/14)

*R4*

## Serious Incident Database Report
### Private Prisons

1. Facility: Cimarron Correctional Facility
2. Date of Incident: 08/26/2017
3. Offender Offense History: Violent
4. Area of Incident: Cell
5. Narrative:
   Inmate Shields stated that inmate Porter made sexual advances towards him (Shields), stating that inmate Porter asked to "suck his (Shields) penis. Shields also stated that inmate Porter stated "I will get some dick after you go to sleep". Inmate Porter was then interviewed by Investigator Jones. Inmate Porter stated during the interview that inmate Shields was the one to make sexual advances by exposing his (Shields) penis to him (Porter).
6. Who was the first responder to the incident? Security Staff
7. If PREA, was the incident referred to Internal Affairs? Yes
8. If Use of Force was used, was it? N/A
9. If planned, was Medical contacted prior to Use of Force? N/A
10. Was the incident video recorded? No
11. If electronic technology was used, was the offender medically cleared? N/A
12. What type of non-deadly force equipment was used?

☐ Inflammatory
    ☐ OC

    ☐ CS (Private Prisons ONLY)

☐ Physical Restraint Device

    ☐ Belly Chains

    ☐ Four or Five point restraints

    ☐ Handcuffs

☐ Electronic Technology
    ☐ Electronic Shield

    ☐ Radio Active Custody Control

    ☐ Taser

☐ Leg Irons

☐ Restraint Chair

☐ Other

Attachment K-2
OP-050108
Page 2 of 3

13. What level of force was used?

☐ Inflammatory Agent

    ☐ OC
       Weight prior to use:

    ☐ CS (Private Prisons ONLY)
       Weight prior to use:

☐ Deadly Force                          ☐ Impact Weapons

    ☐ Hand Gun                       ☐ Baton

    ☐ Rifle- Sniper                   ☐ Collapsible Baton

    ☐ Rifle- Tower

    ☐ Shot Gun

☐ Physical Contact

    ☐ Defensive Tactics- hold

    ☐ Offensive Tactics- Striking

14. Was more than one camera used to record incident? No

15. Were there injuries during the Use of Force? N/A

16. Where was the injury treated? N/A

17. Injuries Sustained:

    ☐ Staff          ☐ Offender          ☐ Both

18. What was the mental health levels of the offenders involved? B

19. Was the offender taking prescribed medications? Yes

Attachment K-2
OP-050108
Page 3 of 3

20. Was the incident racially motivated?  No

21. Race(s) involved?

☐ Black          ☒ White

☐ Hispanic       ☐ Native American

☐ Other

(10/12)