Special Report

Exhibit 6:

Glenn A. Porter, DOC 99595

Incident 639 Packet

5-1A

# INCIDENT REPORT

| Facility: | Cimarron Correctional | Incident Number: | 2017-1003-639-PREA |
|---|---|---|---|

| Incident Date/Time (HRS): | 11/14/2017 18:10 hours |
|---|---|

| Facility Damage: | None |
|---|---|

| Incident Location: | Facility Property \ Main Building \ Section: S \ Block: 1 \ Cell: 060 |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| III | Assault WITHOUT Weapon NOT Resulting in Immediate Outside Medical Treatment-Inmate on Inmate |
| PREA | Inmate on Inmate Sexual Harrassment (IOI SH) |

| Other Priority Description: | |
|---|---|

### DESCRIPTION OF INCIDENT:

On Tuesday November 14, 2017 at 1810 Inmate Glenn Porter ODOC# 99595 (a 58 year old White nonaffiliated) stopped Correctional Officer Juan Melendez and stated that Inmate Charles Fredrick ODOC#530734 (a 32 year old Native American nonaffiliated) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast, Porter then told inmate Fredrick to leave him alone, inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved inmate Fredrick back and stated that inmate Fredrick needed to leave the cell.  After inmate Porter shoved inmate Fredrick he (Fredrick) then jumped on inmate Porter and started striking him (Porter) with closed fist.
Upon interviewing inmate Fredrick he stated the he (Fredrick) never made any comments or attempted to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

The Facility Investigator arrived in medical to conduct a further investigation with inmate Porter. The Investigator reported that during the interview with inmate Porter he never made a claim of PREA, also that inmate Fredrick never touched his (Porter) breast but had made comments about the breast.

Inmate Fredrick was moved to Alpha North cell 256, Inmate Porter remains in Golf 1060.

| Inmates/Residents Involved? | Yes |
|---|---|

## INVOLVED PEOPLE:

| Inmate/Resident Name(s) & Number | | | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|---|---|
| GLENN PORTER (99595) | | | OK DOC | Participant | Attached | Yes |
| Hospital Admission: | No | Nature of Injury: | Injuries to Inmate Porter  scratches to the forehead, left and right shoulders, and to the left forearm and bruising to the left cheek, and left arm. | | | |
| CHARLES FREDRICK (530734) | | | OK DOC | Participant | Attached | No |
| | | | Witness | | 5-1C | |

5-1A

## INCIDENT REPORT

| Juan Melendez rodriguez (22415602) | CORRECTIONAL OFFICER | Participant | Yes | No |
|---|---|---|---|---|
| Dwight Munday (16524440) | SHIFT SUPERVISOR | Participant | Yes | No |

| Medical Evaluation Completed? | Yes |
|---|---|

## HEALTH SERVICES PERSONNEL CONDUCTING EXAMINATIONS:

| Name | Title |
|---|---|
| Warren, Janette | LPN |
| Van Brunt, Lacy | LPN |

| Weapons Discovered? | No | | How Many? | |
|---|---|---|---|---|

| Weapon Description | | Weapon Location | |
|---|---|---|---|

| Cell Phones Discovered? | No | | How Many? | |
|---|---|---|---|---|

| Inmate/Resident Disciplinary Charges Filed? | Yes |
|---|---|

| Inmate/Resident Name(s) & Number | Segregation and/or PHD | Property Inventory Completed |
|---|---|---|
| CHARLES FREDRICK (530734) | No | No |
| Explain No Property Inventory: | Inmate was not placed in segregation. | |

| Incident Videotaped? | No |
|---|---|
| Name/Title of Camera Operator: | N/A |
| If Not Recorded, Explain: | Not a recordable incident |
| Photos of injuries, contraband, or property? | Yes | How Many? | 7 |
| If No Photos, Explain: | N/A |
| Name/Title of Photo Taker: | S/S D. Munday |

## EVIDENCE INFORMATION:

| Evidence recovered during incident? | N/A |
|---|---|
| Chain of Custody Maintained: | No |
| Evidence Description: | N/A |

5-1A

# INCIDENT REPORT

| Name/Title of Person Discovering Evidence: | N/A |
|---|---|
| Criminal Charges: | No |

## Notifications:

### Facility Notifications:

| Person Notified | Date/Time Notified | Notified By | ADO? |
|---|---|---|---|
| John Hilligoss | 11/14/17@ 1815 | Dwight Munday | Yes |

### FSC Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Lane Bliar | 11/14/17 @ 2220 | IRD System |

### Contracting Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Jamie Keef | 11/14/17 @ 1820 | John Hilligoss |
| Tamika Ross | 11/14/17 @ 1845 | Greg Jones |

### Outside Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| | | |

| Referred for Investigation by Warden/Administrator or ADO? | Yes |
|---|---|

| Prepared By: | Dwight Munday | Title: | Shift Supervisor |
|---|---|---|---|

| Completed Date/Time: | 11/14/2017 21:52hours |
|---|---|

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Dwight Ga Munday | SHIFT SUPERVISOR | 11/14/2017 21:52 hrs. |

5-1C

## INCIDENT STATEMENT

| Facility | Cimarron Correctional | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|

| Person Name | Person Type | Person Role |
|---|---|---|
| | null | null |

| Incident Date/Time (HRS): | 11/14/2017 18:10 hours |
|---|---|

| Based on your own knowledge, what did you see, hear, and do? |
|---|
| |

| Did you receive any injuries? | (If Yes, Explain below) |
|---|---|
| | |

| Were you evaluated by medical? | |
|---|---|

| Signature: | | Date: | |
|---|---|---|---|
| Typed By: | | Date: | |

This section to be completed by CCA staff if the inmate or civilian/other refused to complete the 5-1C:

| Employee/Witness Name: | | Date: | |
|---|---|---|---|
| Employee/Witness Name: | | Date: | |

5-1E

# PRISON RAPE ELIMINATION ACT (PREA) REPORTING

| Facility | Cimarron Correctional | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|

## 1. ALLEGED VICTIM:

| Gender: | X | Male | | Female | | Transgender: | X | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|---|

## 2. ALLEGED PERPETRATOR:

| Gender: | X | Male | | Female | | Transgender: | | Yes | X | No |
|---|---|---|---|---|---|---|---|---|---|---|

## 3. FOLLOWING AN INVESTIGATION, THE ALLEGATION WAS DETERMINED TO BE:

| PREA: | Inmate on Inmate Sexual Harrassment (IOI SH) | | | |
|---|---|---|---|---|
| | Substantiated* | X | Unsubstantiated | | Unfounded |

*NOTE: Section 4 below to be completed ONLY if one or more of the allegations is substantiated.

## 4. SANCTIONS:

a. Legal:

| | Arrest | | Referral for Prosecution | | New Sentence | X | N/A |
|---|---|---|---|---|---|---|---|

b. Institutional Discipline:

| | Yes | X | No | | N/A |
|---|---|---|---|---|---|

c. Staff Discipline:

| | Yes (If Yes, explain/describe below) | X | No | | N/A |
|---|---|---|---|---|---|

| |
|---|
| |

## 5. INMATE/RESIDENT CHANGE IN CUSTODY:

| | Segregation | | Increase in Custody Level | | Transferred to another facility | X | N/A |
|---|---|---|---|---|---|---|---|

| Form Completed By: | Greg Jones | Today's Date: | 12/22/2017 |
|---|---|---|---|

NOTE: Upon completion of this form, forward to CCA Assistant General Counsel, Operations.

5-1G

## INCIDENT INVESTIGATION REPORT

| Facility | Cimarron Correctional | | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|---|

| Date of Investigation | 12/22/2017 | Investigator Name | Greg Jones |
|---|---|---|---|

| 1. Were all witnesses and particpants interviewed? | No | (If No, Explain below) |
|---|---|---|

Inmates only
Glenn Porter
Charles Fredrick

**2. What documents were examined (e.g. logbooks, report, rosters, work schedules, etc.)?**

5-1 A Incident Report

5-1 E Rape Report

Offense Report (Fredrick)

Emergency Care Records

DOC Attachments

7 Color Photos

Request for Investigation (IG)

Inmate Statements

Staff Statements

**3. Were any of the inmates/residents (witnesses or participants) involved suspected or validated gang members?**   No

| 4. Is there any indication that the incident was STG related? | No | (If Yes, Explain below) |
|---|---|---|

| 5. Is there any indication that the incident involved terrorist threat/activity? | No | (If Yes, Explain below) |
|---|---|---|

| 6. Any indications of policy, procedure, or practice violations? | No | (If Yes, Explain below) |
|---|---|---|

## 7. Investigative Conclusions:

Investigation Findings

EXECUTIVE SUMMARY:

On Tuesday November 14, 2017 at 1810 Inmate Glenn Porter ODOC# 99595 (a 58 year old White non affiliated) stopped Correctional Officer Juan Melendez and stated that Inmate Charles Fredrick ODOC#530734 (a 32 year old Native American non affiliated) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast, Porter then told inmate Fredrick to leave him alone, inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved inmate Fredrick back and stated that inmate Fredrick needed to leave the cell. After inmate Porter shoved inmate Fredrick he (Fredrick) then jumped on inmate Porter and started striking him (Porter) with closed fist.
Upon interviewing inmate Fredrick he stated the he (Fredrick) never made any comments or attempted to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

Facility Investigator Greg Jones arrived in medical to conduct a further investigation with inmate Porter. Investigator Jones reported that during the interview with inmate Porter he never made a claim of PREA, also that inmate Fredrick never touched his (Porter) breast but had made comments about the breast.

Inmate Fredrick was moved to Alpha North cell 256, Inmate Porter remains in Golf 1060.


INVESTIGATION PARTICIPANTS:

First and Last Name Formal Title

Glenn Porter   Inmate DOC# 99595
Charles Fredrick   Inmate DOC# 530734

INVESTIGATION FINDINGS:

In an interview conducted on November 14, 2017, Inmate Glenn Porter indicated the following: Inmate Porter stated that Inmate Fredrick attempted to grab his breast and when he could not, Fredrick jump him and struck him about the facial area several time. Porter stated that Fredrick only attempted to grab him, but did not.
In an interview conducted on November 14, 2017, Inmate Charles Fredrick indicated the following: inmate stated that porter is crazy, that they were arguing over the lights and hanging things around the cell. Fredrick stated that they started arguing and then fighting and that Porter broke a razor and scratched him about the neck area and then stated that at no time did he attempt to grab Porters breast.

CONCLUSION SUMMARY:

Inmate Porter stated that Inmate Fredrick attempted to grab his breast and when he could not, Fredrick jump him and struck him about the facial area several time. Porter stated that he was reporting an assault and not a PREA. Fredrick reported "at no time did he attempt or touch Inmate Porter Breast.

Porter has changed his report several times, Porter stated to the Captain Munday and to Classification Supervisor Waters that he (Fredrick) did touch his breast, but reported during the investigation that he (Fredrick) did not touch his breast. Inmate further stated "we should not be at this facility (transgender) and that he wants to be moved.

Investigative Finding: Unsubstantiated

| Prepared by: | Greg Jones | Title: | Investigator |

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Greg A Jones | INVESTIGATOR | 12/22/2017 08:23 |
| Joseph M Roemmich | CHIEF OF SECURITY | 12/26/2017 10:20 |

5-1H

# INCIDENT PACKET CHECKLIST AND ADMINISTRATIVE REVIEW

| Facility | Cimarron Correctional | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|

**To be Completed by the Chief of Security or Designee:**

**5-1 Packet Contains Necessary Forms:**

| X | 5-1A Incident Report |
|---|---|
| X | 5-1C Incident Statements (For each witness/participant) |
|  | 5-1D Use of Force Summary & Review |
| X | 5-1E Prison Rape Elimination Act (PREA) Reporting |
|  | 5-1F Death of Inmate/Resident in Custody Report |
| X | 5-1G Incident Investigation Report |
| X | 5-1H Incident Packet Checklist & Administrative Review |
| X | 13-34A2 Emergency Anatomical Form or contracting agency form (For all medical assessments) |

**Additional Information:**

| X | Disciplinary Reports Completed? |
|---|---|
| X | Customer Required Documents Completed? |
| X | All photos maintained with the packet? |
|  | Videotape securely stored? |

**Comments:**

**To be completed by the Warden or Designee:**

**Additional Notifications Made:**

| Notified: | Yes/No/NA | Date/Time (HRS) | Notified By: |
|---|---|---|---|
| Medical Examiner/Coroner: | N/A | | |
| Inmate's/Resident's Next of Kin: | N/A | | |
| American Correctional Association: (With Approval of FSC QA) | N/A | | |
| JTTF or Similar Local Authority Notified: | N/A | | |

**Date Agency Notified:**

**Employee corrective action taken (If Any):**

5-1H

## INCIDENT PACKET CHECKLIST AND ADMINISTRATIVE REVIEW

| Incident is Considered: | Closed | (If Open, Complete Section Below) |
|---|---|---|

| Pending Actions (Check all that apply): | | | |
|---|---|---|---|
| | Assigned for internal investigation | Assigned To: | |
| | Referred for external investigation | Referred To: | |
| | Referred for prosecution | | |
| | Other | Explain: | |

| Comments: |
|---|
| |

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Joseph M Roemmich | CHIEF OF SECURITY | 12/26/2017 10:22 |
| Virgil D. Ensey | ASST WARDEN | 01/04/2018 16:49 |
| Linda Darlene Dixon | MANAGER, OPER. SUPPORT | 03/14/2018 14:33 |

## Comprehensive Report

| If ordered, the Comprehensive Report shall be submitted within five working days of the incident to the appropriate division manager or designee. |
|---|

| Facility: | Cimarron Correctional | | Reported by: | |
|---|---|---|---|---|
| **Type of Incident:** | | | | |
| **Date/Time Incident Occurred:** | 11/14/2017 18:10 | | | |
| **Location of Incident (Unit, Quad, Cell, dining hall, etc.)** | Facility Property \ Main Building \ Section: S \ Block: 1 \ Cell: 060 | | | |

**A:** Full description of incident (who, what, where, why and how. Include all offender and staff actions during the incident):

On Tuesday November 14, 2017 at 1810 Inmate Glenn Porter ODOC# 99595 (a 58 year old White nonaffiliated) stopped Correctional Officer Juan Melendez and stated that Inmate Charles Fredrick ODOC#530734 (a 32 year old Native American nonaffiliated) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast, Porter then told inmate Fredrick to leave him alone, inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved inmate Fredrick back and stated that inmate Fredrick needed to leave the cell.  After inmate Porter shoved inmate Fredrick he (Fredrick) then jumped on inmate Porter and started striking him (Porter) with closed fist.
Upon interviewing inmate Fredrick he stated the he (Fredrick) never made any comments or attempted to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

The Facility Investigator arrived in medical to conduct a further investigation with inmate Porter. The Investigator reported that during the interview with inmate Porter he never made a claim of PREA, also that inmate Fredrick never touched his (Porter) breast but had made comments about the breast.

Inmate Fredrick was moved to Alpha North cell 256, Inmate Porter remains in Golf 1060.

**B:** Staff involved and role they played during/after the incident:

**C:** What events precipitated this event:

**D:** Offenders involved:

| Full Name | DOC # | Race | Age | Sentence Length/Days Remaining/Crime/STG Affiliation | Updated offender profile screening from attached (Y or N) | Mental Health Level/Medication Compliance (past 90 days) | Updated Mental Health Assessment Attached (Y or N) |
|---|---|---|---|---|---|---|---|
| PORTER, GLENN ARTHUR | 99595 | W | 58 | | | B No Meds | |
| FREDRICK, CHARLES EUGENE | 530734 | W | 32 | | | A No Meds | |

**E:** Injuries sustained:

| Staff or Offender (S or O) | Full Name | Type of Injury | Cause of Injury | Treatment Received-Offender (provide update on current condition, treatment and location) | Treatment Received-Staff (was treatment provided outside of the facility) |
|---|---|---|---|---|---|
| | | Injuries to Inmate | | | |

bruising to the left
cheek, and left arm.

| F: | Were any weapons or contraband recovered during this incident? |
|---|---|
| | |

| G: | What future impact will/could this incident have on staff and/or offenders and/or their families? |
|---|---|
| | |

| H: | What corrective measures were implemented and what follow-up action should be addressed to resolve and/or prevent future incidents? |
|---|---|
| | |

| I: | What disciplinary/commendations for staff was recommended? |
|---|---|
| | |

| J: | If there is no video related to this incident, explain why: |
|---|---|
| | |

| K: | If there is video of this incident, how many discs are included with this report? |
|---|---|
| | |

| L: | Will transfers or separatees be recommended for any of the offenders involved? |
|---|---|
| | |

## Spontaneous Incidents/Use of Force: Check List/Closure

1.  **I am** _____ ; _____
    Name                                                  Title

2.  **Today's date and time is:** _____

3.  **My location at the present is:** _____

4.  **The location of the incident was:**   Facility Property \ Main Building \ Section: S \ Block: 1 \ Cell: 060

5.  **The name(s) and number of offender(s) is/are:**
    PORTER, GLENN ARTHUR          99595
    FREDRICK, CHARLES EUGENE    530734

6.  **Name(s) and title of staff involved were as follows:**
    Melendez rodriguez, Juan An      CORRECTIONAL OFFICER
    Munday, Dwight Ga               SHIFT SUPERVISOR

7.  **The circumstances leading to the incident were:**

8.  **Action taken during the incident was:**

9.  **Name(s) and title of staff involved were as follows:**
    Melendez rodriguez, Juan An      CORRECTIONAL OFFICER
    Munday, Dwight Ga               SHIFT SUPERVISOR

10. **Injuries to staff and offender were: (examinations of staff and offenders must be conducted by medical personnel):**
    GLENN PORTER (99595)            Yes

11. **Medical staff present are:**
    Warren, Janette                 LPN
    Van Brunt, Lacy                LPN

12. **Summary of injuries are:**
    GLENN PORTER (99595)            Yes

13. **This concludes the incident involving the following offender(s):**
    PORTER, GLENN ARTHUR          99595
    FREDRICK, CHARLES EUGENE    530734

14. **Camera operator is:**  N/A _____
                                Name/Title

15. **This tape, all incident reports, misconduct reports, or any physical evidence will be secured in the chief of security's office until the next working day when all reports and the tape can be reviewed by the facility/unit head, assistant facility/unit head and chief of security.**

_____
Name/Title/Position

16. **This concludes the Spontaneous Use of Force incident involving offender(s). Give a summary of the name and DOC number of offenders and time of the Spontaneous Use of Force incident:**

# Incident Notification Checklist

As incidents vary, additional questions may need to be asked to clarify (if possible) the event(s) that occurred. An update of staff or offender injuries will require a follow-up e-mail to provide the condition of staff and/or offenders. This update should be requested periodically and supplied by the facility as new information is learned.

| Original: | | Updated: | | | | | |
|---|---|---|---|---|---|---|---|
| Facility: | Cimarron Correctional | | | | Reported by: | | |
| Type of Incident: | | | | | | | |
| Date/Time Incident Occurred: | 11/14/2017 18:10 | | | Date/Time Division Manager Notified: | | | |
| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | | Facility Property \ Main Building \ Section: S \ Block: 1 \ Cell: 060 | | | Unit locked down? | ☐ Yes | ☐ No |
| Has DOC Inspector General been | ☐ Yes ☐ No | By Whom? | | | When? | | |

## Incident Classification

1. Offender-on-Offender assaults with serious injury:
1a. Number of Offender-on-Offender victims of assualts with serious injury:
2. Offender-on-Offender assaults without serious injury:
3. Offender-on-Offender fight:
4. Offender-on-Offender assaults by throwing substances:
5. Disruptive Event:

### Offenders Involved
(attach additional pages if needed)

| Full Name | DOC # | Race | Age | Crime(s) |
|---|---|---|---|---|
| PORTER, GLENN ARTHUR | 99595 | W | 58 | |
| FREDRICK, CHARLES EUGENE | 530734 | W | 32 | |

### Staff Involved
(attach additional pages if needed)

| Full Name | Title/Position | |
|---|---|---|
| Melendez rodriguez, Juan An | CORRECTIONAL OFFICER | |
| Munday, Dwight Ga | SHIFT SUPERVISOR | |

### Brief Summary of Incident

On Tuesday November 14, 2017 at 1810 Inmate Glenn Porter ODOC# 99595 (a 58 year old White nonaffiliated) stopped Correctional Officer Juan Melendez and stated that Inmate Charles Fredrick ODOC#530734 (a 32 year old Native American nonaffiliated) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast, Porter then told inmate Fredrick to leave him alone, inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved inmate Fredrick back and stated that inmate Fredrick needed to leave the cell.  After inmate Porter shoved inmate Fredrick he (Fredrick) then jumped on inmate Porter and started striking him (Porter) with closed fist.
Upon interviewing inmate Fredrick he stated the he (Fredrick) never made any comments or attempted to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

The Facility Investigator arrived in medical to conduct a further investigation with inmate Porter. The Investigator reported that during the interview with inmate Porter he never made a claim of PREA, also that inmate Fredrick never touched his (Porter) breast but had made comments about the breast.

Inmate Fredrick was moved to Alpha North cell 256, Inmate Porter remains in Golf 1060.

GLENN PORTER (99595) - Injuries to Inmate Porter  scratches to the forehead, left and right shoulders, and to the left forearm and bruising to the left cheek, and left arm.  Hospital Admission: No

| **Weapons Used/Recovered** (if known) | | |
|---|---|---|
| | | |
| | | |

| If applicable, was the offender single celled? | ☐ Yes ☐ No | If no, was cell partner involved? | ☐ Yes ☐ No | Name/DOC# | |
|---|---|---|---|---|---|

**Any other pertinent information specific to this incident**

| |
|---|
| |

**Notification**

| |
|---|
| |

**Reported to Division Manager by:**

Name: _____   Date: _____   Time: _____

**INSPECTOR GENERAL'S OFFICE TO NOTIFY THE PUBLIC INFORMATION OFFICER**

_____   Date: _____   Time: _____
**Signature of Manager**

**Comprehensive Report Ordered:**          _____ Yes     _____ No

**The report will be as detailed as possible utilizing Attachment A "Comprehensive Report."**

Incident Classification Definitions

Offender-on-offender assaults with serious injury – A serious injury requires urgent and immediate medical treatment and restricts the offender's usual activity. Medical treatment should be more extensive than mere first aid, such as the application of bandages to wounds; it might include stiches, setting of broken bones, treatment of concussion, loss of consciousness, etc.

Number of Offender-on-offender victims   – An assault may have more than one victim; count the number of victims.

Offender-on-offender assaults without serious injury  – An assault that results in an injury that does not require urgent and immediate medical treatment.

Offender-on-offender fight  – Do not count serious assaults or assaults that do not involve serious injury as "fights." A fight may include a flare of tempers with physical contact (e.g. punch, hard shove, etc.), mutual combat, or minor physical contact between two or more offenders where there was no injury.

Offender-on-offender assaults by throwing substances– Exclude assaults with serious injury. Include assaults by throwing or spitting liquid, blood, waste, chemicals, urine, etc. that involved non-serious injury or no injury.

Disruptive Event– Incidents brought about by offender action that resulted in loss of control of the facility or a portion of the facility and required extraordinary measure to regain control.

Victim – An individual who is harmed or assaulted by another individual regardless of whether the identity of the assailant(s) was substantiated by the disciplinary process or a court of law. However, there must be sufficient evidence that the injury resulted from an attack and not an accident.

# Serious Incident Database Report
## Private Prisons

1. **Facility:** Cimarron Correctional

2. **Date of Incident:**   11/14/2017

3. **Offender Offense History:**

4. **Area of Incident:**

5. **Narrative:**


6. **Who was the first responder to the incident?**

7. **If PREA, was the incident referred to Internal Affairs?**

8. **If Use of Force was used, was it?**

9. **If planned, was Medical contacted prior to Use of Force?**

10. **Was the incident video recorded?**

11. **If electronic technology was used, was the offender medically cleared?**

12. **What type of non-deadly force equipment was used?**

☐ Inflammatory                                    ☐ Electronic Technology

    ☐ OC                                    ☐ Electronic Shield

    ☐ CS (Private Prisons ONLY)            ☐ Radio Active Custody Control

                                          ☐ Taser


☐ Physical Restraint Device

    ☐ Belly Chains                         ☐ Leg Irons

    ☐ Four or Five point restraints        ☐ Restraint Chair

    ☐ Handcuffs                            ☐ Other

13.  **What level of force was used?**

☐ Inflammatory Agent

☐ OC                                         Weight prior to use:

☐ CS (Private Prisons ONLY)  Weight prior to use:

☐ Deadly Force                                    ☐ Impact Weapons

☐ Hand Gun                                          ☐ Baton

☐ Rifle-Sniper                                        ☐ Collapsible Baton

☐ Rifle-Tower

☐ Shot Gun

☐ Physical Contact

☐ Defensive Tactics- hold

☐ Offensive Tactics- Striking

14.  **Was more than one camera used to record incident?**

15.  **Were there injuries during the Use of Force?**

16.  **Where was the injury treated?**

17.  **Injuries Sustained:**

☐ Staff                      ☐ Offender                 ☐ Both

18.  **What was the mental health levels of the offenders involved?**

19.  **Was the offender taking prescribed medications?**

20. **Was the incident racially motivated?**

21. **Race(s) involved?**

☐ Black                ☐ White

☐ Hispanic             ☐ Native American

☐ Other

14-2C

# SEXUAL ABUSE INCIDENT CHECK SHEET

| Alleged Victim: | GLENN PORTER (99595) | Facility: | Cimarron Correctional |
|---|---|---|---|
| Alleged Perpetrator: | CHARLES FREDRICK (530734) | | |

| Date/Time: | | Required Activities |
|---|---|---|

## INITIAL REPORT OR ALLEGATIONS OF SEXUAL ABUSE

| Date/Time | | Activity |
|---|---|---|
| 11/14/2017 18:10 | X | First responder separates inmate/detainee from alleged perpetrator and notifies Shift Supervisor. |
| | | If the alleged incident involves an identified staff perpetrator, ensure steps are taken to place this person in a non-inmate/detainee contact role or on administrative leave pending the investigation. |
| 11/14/2017 18:17 | X | Security immediately escorts inmate/detainee to Health Services Department. (physical contact only) |
| 11/14/2017 18:17 | X | Health Services Department stabilizes/assesses victim. (physical contact only) |
| | | Health Services Department notifies the SART representative (i.e. mental health/Victim Services Coordinator (VSD)/medical. |
| | | Inmate/detainee is not allowed to shower, remove clothing without medical supervision, use the restroom, or consume any liquids (in order to preserve evidence). (physical contact only) |
| 11/14/2017 18:15 | X | Shift Supervisor notifies Warden/Facility Administrator (ADO after hours) and PREA Compliance Manager. |
| 11/14/2017 18:18 | X | Shift Supervisor or Investigator obtains a brief statement from the alleged victim, while in the Health Services Department. |
| | | Victim requested victim advocate. |
| | | When requested, victim advocate was made available. |
| | | If report alleges sexual abuse/penetration, the agency responsible for conducting criminal investigations is contacted and, if determined evidentially appropriate, the victim is transported offsite for a SAFE/SANE exam. |
| | | Medical staff ensure victim receives appropriate treatment onsite or transport offsite to outside medical provider for any injuries sustained. |
| | | If report alleges physical abuse/penetration and is within time frame recommended by investigating agency for preserving evidence, Shift Supervisor and/or Investigator preserves the crime scene by sealing access, if possible, and photographing the scene and visible evidence at the scene (e.g. tissue or blood). |
| 11/14/2017 19:00 | X | If the alleged perpetrator is an inmate/detainee, security staff ensures he/she is placed in a single cell (if available) in the event evidence collection is required. The inmate/detainee is not allowed to wash, shower, or change clothes. (physical contact only). |
| | | The PREA Compliance Manager or facility Investigator notifies local law enforcement officers of the allegation and asks for guidance in crime scene preservation and coordinating the investigation. (only if allegation is a criminal act) |
| 11/14/2017 18:20 | X | The Warden/Facility Administrator/designee or ADO notifies the contracting agency. |
| 11/14/2017 21:52 | X | The Warden/Facility Administrator/designee or ADO ensures the 5-1A Incident Report and any contracting agency required documentation is completed within 24 hours of the initial report or allegation of sexual abuse and/or harassment. |

## INITIAL PREA REVIEW (48 to 72 HOURS AFTER REPORT)

| Date/Time | | Activity |
|---|---|---|
| 12/20/2017 14:30 | X | Managing Director convenes a preliminary review of the response to the incident involving the Warden/Facility Administrator, PREA Compliance Manager, facility Investigator, the FSC PREA Coordinator, and available PREA committee members. |

## ONGOING PREA RETALIATION MONITORING (for at least 90 days following report)

| | | Activity |
|---|---|---|
| Date Assigned:<br>11/15/2017 08:00<br><br>Person Assigned:<br>G. Jones | X | For at least 90 days following a report of sexual abuse, the facility shall monitor the conduct and treatment of inmates/detainees or staff who reported the sexual abuse, and of inmates/detainees who were reported to have suffered sexual abuse to see if there are changes that may suggest possible retaliation by inmates/detainees or staff, and shall act promptly to remedy any such retaliation. Items the facility should monitor include any inmate/detainee disciplinary reports, housing, or program changes, or negative performance reviews or reassignments of staff. The facility shall continue such monitoring beyond 90 days if the initial monitoring indicates a continuing need. This ongoing review shall be documented using 14-2D Ongoing PREA Retaliation Monitoring Report. |

**Electronically Signed By:**

| Name | Job Title | Date and Time Signed |
|---|---|---|

| Joseph M Roemmich | CHIEF OF SECURITY | 12/26/2017 10:16 |

## INCIDENT STATEMENT

5-1C

| Facility | Cimarron Correctional Facility | Incident Number | 2017-1003-659-PREA |
|---|---|---|---|

| Incident Date | 11/14/17 | Incident Time (HRS) | 1810 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Charles Fredrick | 530734 | Inmate | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

He called me a punk and I hit him.

**Did you receive any injuries?  YES or NO  (If YES, Explain Below)**

**Were you evaluated by medical?  YES or NO**

| Printed Name: | Charles Fredrick 530734 | | |
|---|---|---|---|
| Signature: | PM 2 | Date: | 11-14-17 |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

# INCIDENT STATEMENT

| Facility | Cimarron Correctional Facility | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|

| Incident Date | 11/14/17 | Incident Time (HRS) | 1810 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| D. Munday | 16524440 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

| Based on your own knowledge, what did you see, hear, and do? |
|---|
| On Tuesday November 14, 2017 at 1810 hours I Shift Supervisor Dwight Munday was notified by Correctional Officer Melendez of a possible PREA in Golf 1060 between inmate Glenn Porter ODOC# 99595 and inmate Charles Fredrick ODOC# 530734. I removed Inmate Porter from cell 1060 and escorted him to medical for evaluation and to be interviewed. During the interview Inmate Porter stated that inmate Fredrick was making comments about his breast, and attempted to grab his breast. Inmate then stated that after inmate Fredrick attempted to grab his breast a second time Inmate Porter shoved inmate Fredrick, which inmate Fredrick then assaulted him. I then conducted an interview with inmate Fredrick he stated that he did assault inmate Porter but never made comments or attempted to grab his breast. At this time I turned the investigation over to the Facility Investigator. |

| Did you receive any injuries?  YES or NO  (if YES, Explain Below) | NO |
|---|---|

| Were you evaluated by medical?  YES or NO | NO |
|---|---|

| Printed Name: | D. Munday | | | |
|---|---|---|---|---|
| Signature: | | | Date: | 11/14/17 |
| Typed By: | D. Munday | | Date: | |

**This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

## INCIDENT STATEMENT

| Facility | Cinnamon Correctional Facility | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|

| Incident Date | 11/14/17 | Incident Time (HRS) | 1810 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Miss Glenn Porter | 99595 | Convict | Participant |

| Housing Location (For Inmates/Residents Only) | G 1060 |
|---|---|

Based on your own knowledge, what did you see, hear, and do?

My Cellie Charles Fredrick Started Making Comments About my Breast + Tried to grab one + I Told Him to leave Me Alone That He needed To go He Tried Again + I pushed Him Away And He Jumped on me + Started Hitting Me all in my head on Left Side and Ribs on Left Side. I'M requesting Protective Measures + Transfer

I've Talked + Talked to STAFF About housing here

| Did you receive any injuries?  YES or NO  (If YES, Explain Below) | Yes Left Side Face Nose & Ribs Left Side |
|---|---|

| Were you evaluated by medical? YES or NO |
|---|

| Printed Name: | Miss Glenn Porter | | |
|---|---|---|---|
| Signature: | Miss Glenn Porter | Date: | 14 Nov 17 |
| Typed By: | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

5-1C

# INCIDENT STATEMENT

| Facility | CCF | | Incident Number | 2017-1003-639-PREA |
|---|---|---|---|---|

| Incident Date | 11.17.2017. | | Incident Time (HRS) | 1810 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| JUAN A. MELENDEZ | EMPLOYEE 2241502 | EMPLOYEE | PARTICIPANT |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

ON TUESDAY NOVEMBER 14, 2017 AT 1800 HRS. I CORRECTIONAL OFFICER MELENDEZ, WHEN I WAS DOING ROUND AT 1800 HRS APPROX. INMATE: CHARLES, FREDRICK DOC. # 530734 HE TOLD ME COULDN'T LIVE WITH THE INMATE: GLEEN, PORTER DOC. # 99595 (HIS CELLY). IT'S WHEN THE INMATE: PORTER FROM CELL # 1060 GOLF, TELLS ME THAT THE INMATE: FREDRICK HAD TOUCHED HIS BREASTS. THEN REMOVE THE INMATE: FREDRICK FROM THE CELL # 1060, AND POSITION IT IN THE PHONE CAGE. AND IMMEDIATELY NOTIFY CAPTAIN: DWIGHT MUNDAY, WHO TOOK CHARGE OF THE SITUATION. E.O.S.

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | JUAN A. MELENDEZ | | | |
|---|---|---|---|---|
| Signature: | | | Date: | 11.17.2017. |
| Typed By: | | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

 **CoreCivic**

**DATE:**   November 16, 2017

**TO:**   Johnny Blevins, Director, Office of Fugitive Apprehensions and Investigations

**THRU:**   Greg Williams, Director, Region III

**FROM:**   Raymond Byrd, Warden
Cimarron Correctional Facility

**SUBJECT: Request for Investigation PREA**

On Tuesday November 14, 2017 at 1810 Inmate Glenn Porter ODOC# 99595 (a 58 year old White STG none) stopped Correctional Officer Juan Melendez and stated that inmate Charles Fredrick ODOC#530734 (a 32 year old Native American STG none) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez then notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast. Inmate Porter then told Inmate Fredrick to leave him alone and inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved Inmate Fredrick back and stated that inmate Fredrick needed to leave the cell.  After inmate Porter shoved inmate Fredrick he (Fredrick) then jumped on inmate Porter and started striking him (Porter) with closed fist.
Upon interviewing Inmate Fredrick he stated the he (Fredrick) never made any comments or attempts to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

Facility Investigator Greg Jones arrived in medical to conduct a further investigation with inmate Porter.

Inmate Fredrick was moved to Alpha North cell 256. Inmate Porter remains in Golf 1060.

2017-1003-639-PREA          Sexual Harassment          Date: 11/14/2017

P1-P7          Time: 1810

P1: Inmate Porter # 99595



P2: Injuries to inmate Porter



P3: Injuries to inmate Porter



P4: Injuries to inmate Porter



P5: Injuries to inmate Porter



P6: Injuries to inmate Porter



P7: Inmate Fredrick 530734



## DEPARTMENT OF CORRECTIONS OFFENSE REPORT

042585

Name of Facility _Cimarron Correctional Facility_          Facility Computer Code _O42_

**Section I**

Offender Name: _Charles Fredrick_   DOC#: _530734_   Date of Offense: _11/14/17_   Time: _1810_

Place of Offense: _GolK Cell 1060_          Housing Assignment: _GolK 1060_

Offense: (4-4233, b# 1, 2) _Inmate on Inmate assault without injury_   Offense Computer Code:

Class of Offense: _A_          _Z_

Description of Incident (to include any unusual offender behavior): (4-4233, b#3)
_Inmate Fredrick assaulted inmate Potter in GelK 1060_

Staff or Offender Witness (if any) (4-4233, b#4) _NA_

Disposition of Physical Evidence (if any) (4-4233, b#5) _photographos_

Immediate Action Taken (to include the use of force and prehearing detention) (4-4233, b#6) _misconduct writer_

Printed Name and Title of Reporting Employee (4-4233, b#7)          Signature of Reporting Employee

Name _D. Murley_

Title _S/S_          Date _11_/_14_/_17_ Time _2306_

**Section II**

To be referred within 24 hours from the time the violation is reported.
Referred for investigation by:
Name _James Nelson_
Title _AIS_
Date _11_/_15_/_17_ Time: _0007_

**Section III Offender should initial appropriate response**

____ I have received a copy of the written charge against me. I realize that I have a right to remain silent.
____ I plead guilty and waive my right to an appeal.
____ I plead not guilty.
____ I plead not guilty and waive my right to 24 hours preparation time.

Offender's Signature _____ DOC # _____ Date ___/___/___ Time _____

____ Offender chose not to sign for a copy of the Offense Report at this time.

Offense Report Delivered to above offender by (Print and Sign)    Date Delivered    Time Delivered
(4-4236, 4-4238)

ORIGINAL: Commitment Document Folder
FIRST COPY: Field File

MH - B   Meds No

## OKLAHOMA DEPARTMENT OF CORRECTIONS
### Emergency Care Record
(Medical Diagram of Injury)

MSRM 140117.01.48
Page 1 of 2
(R- 12/15)

Chief Complaint: PRFA Inmate on Inmate Assault
Onset: 11-14-17  1750  Location: Gulf 1060
Medical History: None  Asthma  CAD  COPD  CVA  DM  HTN  HIV  MI  Seizures  Cancer  (Hep C)
Allergies: Iodone & Vicque
Current Medications: Prenatal Vitamins, Aldactone, estrace, ASA

Vital Signs: B/P 141/06 R: 18  P: 110  T: 97.4  Wt.  O2 sat: 98  FSBS:

### Respiratory
WNL  Labored  Cough  SOB  Wheezes  Stridor  Crackles
Hemoptysis  Pain with breathing  Diminished  Nasal flaring
Other: C/O "√" Pn R/P SCo/s & lks puncty

### Cardiovascular
WNL  Chest pain  Left arm pain  Diaphoresis  Orthopnea
Edema  Palpitations  Dizzy  Syncope  Tachycardia
Bradycardia  Other: _____

### Gastrointestinal
WNL  Nausea  Diarrhea  Dysphagia  Melena  Constipation
Vomiting:  Clear  Gastric  Coffee grounds
Hematemesis  Hematochezia
Abdomen:  (Soft)  Tender  Firm  Distended
Bowel Sounds: (WNL)  Hyperactive  Hypoactive  Absent
Other: _____

### Genitourinary
WNL  Dysuria  Nocturia  Frequency  Incontinence  Flank pain
(Male):  Discharge  Penile lesions
Testicle pain  Testicle swelling
Female:  Vaginal discharge  Abnormal bleeding
Pelvic pain  Dysmenorrhea  Pregnant
Other: _____

### Skin
Warm  Cool  Dry  Moist
Color:  WNL  Pale  Flushed  Cyanotic  Jaundice
M/Membrane:  WNL  Moist  Sticky  Parched
Turgor:  WNL  Decreased
Edema:  Absent  Present
Laceration: ___ cm  R/L  Upper/Lower
Location: Forehead  Supraorbital  Infraorbital
Zygoma  Maxilla  Mandible  Lid  Ear  Nose
Lip  Mouth  Chin  Neck  Hand  Wrist  Forearm
Elbow  Leg  Chest  Back  Shoulder  Foot  Ankle
Type:  Avulsion  Flap  Linear  Jagged  Stellate  Irregular
Through To: Skin  Mucosa  SQ  Muscle  Fascia  Bone  Galea
Other: _____

### Treatments
☐ Oxygen applied: Time: _____ liters
☐ IV access started: Time: _____  Jelco size: ____
Site: ___  Inserted by: ___
☐ Lactated Ringer  ☐ D5W  ☐ Normal Saline
☐ CPR started: Time: ___  CPR terminated: Time: ___
☐ Life Pack applied: Time: ___
☐ VS every 5 –10 minutes until transported:
Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___
Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___
Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___
☐ Emergency department notification time: _____ Report
given to: _____
Time ambulance notified: _____ Ambulance arrival time: ___
Ambulance departure time: ___
☐ Tetanus given: ___ Time: ___
(dose/route/location)
Send copy of ER assessment/treatment and Medication Charting
Sheet (MAR's) to emergency department with patient

### Eyes, Ears, Nose, Throat
Eyes:  WNL  Blurred vision  Double vision  Discharge
Redness  Photophobia (L) Elgn NR + P/PBslk
Ears:  WNL  Pain  Bleeding  Drainage  Ringing  Hearing loss
Nose:  WNL  Bleeding  Congestion  Discharge
Throat:  WNL  Pain  Swelling  Voice change
Mouth:  WNL  Pain  Swelling  Bleeding
Other: _____

### Provider's Note
Im states was physically assaulted in Cell w/ another Inmate by cell mate made suicidal assaultive idation & Inmate Victim attacked him - will notify provider RN con to c/o painful respiration (L).

### Neurological
WNL  Oriented X 3  Disoriented - person/place/time
Headaches  Dizziness  Seizure  Tremors  Fainting
Walking problems  Speech problems
R/L: Altered sensation _____
R/L: Altered motor _____
Pulses:  Present  Absent
Other: _____

### Musculoskeletal
R/L:  Pain  Swelling  Bruising  Fracture  Sprain
Neck  Chest wall  Rib(s)  Back  Shoulder  Arm  Elbow
Forearm  Wrist  Hand  Pelvis  Hip  Leg  Knee  Foot
Other: (L) Side "√" Pn P-10

Medical Provider/RN Notified: Date: 11-14-17  Time: 1750
Orders Received for Treatment: ☐ Yes ☐ No

QHCP Signature: A Warren LPN

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PRACTICE PROTOCOLS

MSRM 140117.01.48
Page 2 of 2

Medical Diagram of Injury

(R- 12/15)

1. _3 Scratch/abrased_   2. _Scratch/Abrased_   3. _Scrathed/Abrased swollen-Bruising_

5. _Bruising_   6. _Scratches_   7. _____   8. _____

Back                                                                                          Front

(Nursing Protocol must be signed by the Medical Provider if offender displays any of the below s/s or any additional treatment/
medication required)

NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:

| Lacerations | Fractures | Contusion |
|---|---|---|
| ☐ Wound(s) is severe /deep / requires sutures | ☐ Obvious deformity, Loss of sensation | ☐ Deformity is present |
| ☐ Bleeding is uncontrolled | ☐ Numbness/severe pain, Absent distal pulses | ☐ Impaired neurological/vascular status |
| ☐ Wound has imbedded debris not easily irrigated out | ☐ Mechanism of injury suggesting hidden trauma | ☐ Mechanism of injury suggesting hidden trauma |
| ☐ Laceration to the face, ear, nose , eyelid or over joint | ☐ Takes anticoagulants, Over age 50 | ☐ Marked swelling is present |
| ☐ Wound that edges do not approximate easily with Steri -- Strips . | ☐ X-rays, tetanus booster | ☐ Condition not responding to intervention |
| ☐ Signs of infection present | (If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient) | |
| ☐ Laceration to the abdomen or chest that may penetrate underlying organs | | |

Assessment:
☐ Alteration in skin integrity related to trauma
Plan: Nursing Intervention Routine: (check all that apply)

| Lacerations | Fractures | Contusions |
|---|---|---|
| ☐ Stop bleeding with pressure | ☐ C-collar, back board, c-spine precautions | ☐ Consider immobilization of injury with splint or ace wrap until seen by medical provider or RN |
| ☐ Apply telfa pad, clean dry dressing or butterfly dressing | ☐ Immobilize affected limb prior to moving | ☐ Apply ice to the affected area to reduce swelling |
| ☐ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt | ☐ Elevate affected limb | ☐ Acetaminophen 325 mg – 2 tablets p.o. three times a day for 4days |
| ☐ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days OR | ☐ Splint joint above and below injury | OR |
| ☐ Ibuprofen 200 mg -- 2 tablets p.o. three times a day for 4 days | ☐ Apply ice | ☐ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days |
| ☐ Arrange for dressing change, wound check and suture removal | ☐ Sling for upper extremity | ☐ Arrange for dressing change, wound check and suture removal |
| | ☐ Ice to closed injury site | ☐ Consider crutches if lower extremity |
| | ☐ Cover open wound with sterile dressing | |
| | ☐ Crutches (if indicated) | |
| | ☐ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4day OR | |
| | ☐ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days | |
| | ☐ Arrange for dressing change, wound check and suture removal | |

MH-B   Meds No

## OKLAHOMA DEPARTMENT OF CORRECTIONS
### Emergency Care Record
(Medical Diagram of Injury)

MSRM 140117.01.48
Page 1 of 2
(R-12/15)

Chief Complaint: PREA Inmate on Inmate Assault

Onset: 11-14-17   1750   Location: GMU 1060

Medical History: None   Asthma   CAD   COPD   CVA   DM   HTN   HIV   MI   Seizures   Cancer   Hep C

Allergies: Iodone & Vicine

Current Medications: Prenatal vitamins, Aldactone, estrace, ASA

Vital Signs: B/P 141/06   R: 18   P: 110   T: 97.4   Wt.   O2 sat: 98   FSBS:

| Respiratory | Cardiovascular |
|---|---|
| WNL   Labored   Cough   SOB   Wheezes   Stridor   Crackles   Hemoptysis   Pain with breathing   Diminished   Nasal flaring   Other: CV "1" Pn R10 5.0145 T IN purple | WNL   Chest pain   Left arm pain   Diaphoresis   Orthopnea   Edema   Palpitations   Dizzy spells   Syncope   Tachycardia   Bradycardia   Other: |

| Gastrointestinal | Genitourinary |
|---|---|
| WNL   Nausea   Diarrhea   Dysphagia   Melena   Constipation   Vomiting:   Clear   Gastric   Coffee grounds   Hematemesis   Hematochezia   Abdomen:   Soft   Tender   Firm   Distended   Bowel sounds:   WNL   Hyperactive   Hypoactive   Absent   Other: | WNL   Dysuria   Nocturia   Frequency   Incontinence   Flank pain   Male:   Discharge   Penile lesions   Testicle pain   Testicle swelling   Female:   Vaginal discharge   Abnormal bleeding   Pelvic pain   Dysmenorrhea   Pregnant   Other: |

| Skin | Treatment |
|---|---|
| Warm   Cool   Dry   Clammy   Moist   Color:   WNL   Pale   Flushed   Cyanotic   Jaundice   M/Membrane:   WNL   Moist   Sticky   Parched   Turgor:   WNL   Decreased   Edema:   Absent   Present   Laceration: _____ cm   R/L   Upper/Lower   Location:   Forehead   Supraorbital   Infraorbital   Zygoma   Maxilla   Mandible   Lid   Ear   Nose   Lip   Mouth   Chin   Neck   Hand   Wrist   Forearm   Elbow   Leg   Chest   Back   Shoulder   Foot   Ankle   Type:   Avulsion   Flap   Linear   Jagged   Stellate   Irregular   Through To:   Skin   Mucosa   SQ   Muscle   Fascia   Bone   Galea   Other: | ☐ Oxygen applied: Time: _____ liters   ☐ IV access started: Time: _____   Jelco size: _____   Site: _____   Inserted by: _____   ☐ Lactated Ringer   ☐ D5W   ☐ Normal Saline   ☐ CPR started: Time: _____   CPR terminated: Time: _____   ☐ Life Pack applied: Time: _____   ☐ VS every 5-10 minutes until transported:   Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___   Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___   Time: ___ BP ___ Pulse ___ Resp. ___ O2 sats. ___   ☐ Emergency department notification time: _____ Report   given to: _____   Time ambulance notified: _____ Ambulance arrival time: _____   Ambulance departure time: _____   ☐ Tetanus given: _____ Time: _____   (dose/route/location)   Send copy of ER assessment/treatment and Medication Charting   Sheet (MAR's) to emergency department with patient |

| Eyes, Ears, Nose, Throat | Nursing Notes |
|---|---|
| Eyes:   WNL   Blurred vision   Double vision   Discharge   Redness   Photophobia   (L) eye NT V VMSUL   Ears:   WNL   Pain   Bleeding   Drainage   Ringing   Hearing loss   Nose:   WNL   Bleeding   Congestion   Discharge   Throat:   WNL   Pain   Swelling   Voice change   Mouth:   WNL   Pain   Swelling   Bleeding   Other: | Im states was his cell was asleep in cell when cellmate made sexual assault remarks then assaulted him + multiple places so com Nur CD Orange Intake (L) |

| Neurological |
|---|
| WNL   Oriented X 3   Disoriented - person/place/time   Headaches   Dizziness   Seizure   Tremors   Fainting   Walking problems   Speech problems   R/L:   Altered sensation _____   R/L:   Altered motor _____   Pulses:   Present   Absent   Other: |

| Musculoskeletal | |
|---|---|
| R/L:   Pain   Swelling   Bruising   Fracture   Sprain   Neck   Chest wall   Rib(s)   Back   Shoulder   Arm   Elbow   Forearm   Wrist   Hand   Pelvis   Hip   Leg   Knee   Foot   Other: (L) Side "1" Pn R-10 | Medical Provider/RN Notified: Date: 11-14-17 Time: 1750   Orders Received for Treatment: ☐ Yes ☐ No   QHCP Signature: A Warren LPN |

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**NURSING PRACTICE PROTOCOLS**

MSRM 140117.01.48
Page 2 of 2

**Medical Diagram of Injury**

(R- 12/15)

1. _Scratch/Abrasion_   2. _Swollen/Abrasion_   3. _Scratched /Abrased  Swollen - Bruising_

5. _Bruising_   6. _Scratches_   7. _____   8. _____



Back                                                                Front

(Nursing Protocol must be signed by the Medical Provider if offender displays any of the below s/s or any additional treatment/ medication required)

**NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:**

| Lacerations | Fractures | Contusion |
|---|---|---|
| ❑ Wound(s) is severe /deep / requires sutures | ❑ Obvious deformity, Loss of sensation | ❑ Deformity is present |
| ❑ Bleeding is uncontrolled | ❑ Numbness/severe pain, Absent distal pulses | ❑ Impaired neurological/vascular status |
| ❑ Wound has imbedded debris not easily irrigated out | ❑ Mechanism of injury suggesting hidden trauma | ❑ Mechanism of injury suggesting hidden trauma |
| ❑ Laceration to the face, ear, nose·, eyelid or over joint | ❑ Takes anticoagulants, Over age 50 | ❑ Marked swelling is present |
| ❑ Wound that edges do not approximate easily with Steri ~ Strips . | ❑ X-rays, tetanus booster | ❑ Condition not responding to intervention |
| ❑ Signs of infection present | **(If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient)** | |
| ❑ Laceration to the abdomen or chest that may penetrate underlying organs | | |

**Assessment:**
❑ Alteration in skin integrity related to trauma

**Plan: Nursing Intervention Routine: (check all that apply)**

| Lacerations | Fractures | Contusions |
|---|---|---|
| ❑ Stop bleeding with pressure | ❑ C-collar, back board, c-spine precautions | ❑ Consider immobilization of injury with splint or ace wrap until seen by medical provider or RN |
| ❑ Apply telfa pad, clean dry dressing or butterfly dressing | ❑ Immobilize affected limb prior to moving. | ❑ Apply ice to the affected area to reduce swelling |
| ❑ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt | ❑ Elevate affected limb | ❑ Acetaminophen 325 mg – 2 tablets p.o. three times a day for 4days |
| ❑ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days | ❑ Splint joint above and below injury | **OR** |
| **OR** | ❑ Apply Ice | ❑ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days |
| ❑ Ibuprofen 200 mg - 2 tablets.p.o. three times a day for 4 days | ❑ Sling for upper extremity | ❑ Arrange for dressing change, wound check and suture removal |
| ❑ Arrange for dressing change, wound check and suture removal | ❑ Ice to closed injury site | ❑ Consider crutches if lower extremity |
| | ❑ Cover open wound with sterile dressing | |
| | ❑ Crutches (if indicated) | |
| | ❑ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days | |
| | **OR** | |
| | ❑ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days | |
| | ❑ Arrange for dressing change, wound check and suture removal | |

OKLAHOMA DEPARTMENT OF CORRECTIONS
Emergency Care Record
~ Medical Diagnosis Category ~

MH-A Meds-No

Chief Complaint: IM/IM incident

Onset:

Location: GoF

Medical History: ~~none~~ Asthma  CAD  COPD  CVA  DM  HTN  HBV  MI  Seizures  Cancer  Hep?

Allergies: NA

Current Medications: NA

Vital Signs: B/P 125/86  R: 16  P: 108  T:  Wt.  O2 sat: 99  FSBS:

**CIRCLE ALL THAT APPLY**

### Respiratory
(WNL) Labored  Cough  SOB  Wheezes  Stridor  Crackles
Hemoptysis  Pain with breathing  Diminished  Nasal flaring
Other:

### Cardiovascular
(WNL) Chest pain  Left arm pain  Diaphoresis  Orthopnea
Edema  Palpitations  Dizzy spells  Syncope  Tachycardia
Bradycardia  Other:

### Gastrointestinal
(WNL) Nausea  Diarrhea  Dysphagia  Melena  Constipation
Vomiting:  Clear  Gastric  Coffee grounds
Hematemesis  Hematochezia
Abdomen:  Soft  Tender  Firm  Distended
Bowel sounds (WNL) Hyperactive  Hypoactive  Absent
Other:

### Genitourinary
(WNL) Dysuria  Nocturia  Frequency  Incontinence  Flank pain
Male:  Discharge  Penile lesions
Testicle pain  Testicle swelling
Female:  Vaginal discharge  Abnormal bleeding
Pelvic pain  Dysmenorrhea  Pregnant
Other:

### Skin
Warm  Cool  (Dry)  Clammy  Moist
Color:  (WNL)  Pale  Flushed  Cyanotic  Jaundice
M/Membrane:  (WNL)  Moist  Sticky  Parched
Turgor:  (WNL)  Decreased
Edema:  (Absent)  Present
Laceration: _____ cm  R/L  Upper/Lower
Location: Forehead  Supraorbital  Infraorbital
Zygoma  Maxilla  Mandible  Lid  Ear  Nose
Lip  Mouth  Chin  Neck  Hand  Wrist  Forearm
Elbow  Leg  Chest  Back  Shoulder  Foot  Ankle
Type:  Avulsion  Flap  Linear  Jagged  Stellate  Irregular
Through To: Skin  Mucosa  SQ  Muscle  Fascia  Bone  Galea
Other:

### Treatments
☐ Oxygen applied: Time: _____ _____ liters
☐ IV access started: Time: _____  Jelco size: ____
Site: _____  Inserted by: _____
☐ Lactated Ringer  ☐ D5W  ☐ Normal Saline
☐ CPR started: Time: _____  CPR terminated: Time: _____
☐ Life Pack applied: Time:
☐ VS every 5 –10 minutes until transported:
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats.____
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats.____
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats.____
☐ Emergency department notification time: _____ Report
given to:_____
Time/ambulance notified: _____ Ambulance arrival time:
Ambulance departure time:_____
☐ Tetanus given: _____ Time:_____
(dose/route/location)
Send copy of ER assessment/treatment and Medication Charting
Sheet (MAR's) to emergency department with patient

### Eyes/Ears/Nose/Throat
Eyes:  (WNL)  Blurred vision  Double vision  Discharge
Redness  Photophobia
Ears:  (WNL)  Pain  Bleeding  Drainage  Ringing  Hearing loss
Nose:  (WNL)  Bleeding  Congestion  Discharge
Throat: (WNL)  Pain  Swelling  Voice change
Mouth: (WNL) Pain  Swelling  Bleeding
Other:

### Progress Notes
No injuries reported

### Neurological
(WNL)  Oriented X 3  Disoriented - person/place/time
Headaches  Dizziness  Seizure  Tremors  Fainting
Walking problems  Speech problems
R/L: Altered sensation
R/L: Altered motor
Pulses: (Present)  Absent
Other:

### Musculoskeletal
R/L:  Pain  Swelling  Bruising  Fracture  Sprain
Neck  Chest wall  Rib(s)  Back  Shoulder  Arm  Elbow
Forearm  Wrist  Hand  Pelvis  Hip  Leg  Knee  Foot
Other:

Medical Provider/RN Notified: Date: _____ Time:
Orders Received for Treatment ☐ Yes ☐ No

QHCP Signature:
Date: 11/4/17  Time: 1951

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PRACTICE PROTOCOLS
Medical Diagram of Injury

1. _____  2. _____      3. _____   4. _____
5. _____  6. _____      7. _____   8. _____



Back                                                                        Front

## NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:

| Lacerations | Fractures | Contusion |
|---|---|---|
| ▯ Wound(s) is severe /deep / requires sutures<br>▯ Bleeding is uncontrolled<br>▯ Wound has imbedded debris not easily irrigated out<br>▯ Laceration to the face, ear, nose , eyelid or over joint<br>▯ Wound that edges do not approximate easily with Steri – Strips<br>▯ Signs of infection present<br>▯ Laceration to the abdomen or chest that may penetrate underlying organs | ▯ Obvious deformity, Loss of sensation<br>▯ Numbness/severe pain, Absent distal pulses<br>▯ Mechanism of injury suggesting hidden trauma<br>▯ Takes anticoagulants, Over age 50<br>▯ X-rays, tetanus booster<br><br>**(If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient)** | ▯ Deformity is present<br>▯ Impaired neurological/vascular status<br>▯ Mechanism of injury suggesting hidden trauma<br>▯ Marked swelling is present<br>▯ Condition not responding to intervention |

Assessment:
▯ Alteration in skin integrity related to trauma
Plan:

| Lacerations<br>Nursing Intervention Routine | Fractures<br>Nursing Intervention Routine | Contusions<br>Nursing Intervention Routine |
|---|---|---|
| ▯ Stop bleeding with pressure<br>▯ Apply telfa pad, clean dry dressing or butterfly dressing<br>▯ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt<br>▯ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▯ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>▯ Arrange for dressing change, wound check and suture removal | ▯ C-collar, back board, c-spine precautions<br>▯ Immobilize affected limb prior to moving<br>▯ Elevate affected limb<br>▯ Splint joint above and below injury<br>▯ Apply ice<br>▯ Sling for upper extremity<br>▯ Ice to closed injury site<br>▯ Cover open wound with sterile dressing<br>▯ Crutches (if indicated)<br>▯ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▯ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>▯ Arrange for dressing change, wound check and suture removal | ▯ Consider immobilization of injury with splint or ace wrap until seen by medical provider or RN<br>▯ Apply ice to the affected area to reduce swelling<br>▯ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▯ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>▯ Arrange for dressing change, wound check and suture removal<br>▯ Consider crutches if lower extremity |

Offender Education:
▯ Instructed to keep wound clean and dry, signs and symptoms of infection, follow up sick call if no improvement, condition worsens or if offender verbalizes understanding of instructions

LPN Signature/credentials: _____          Date: 11/4/11      Time: 1951

CR# 187-11.1417
due 11-22-17    PB

## Incident Notification Checklist

As incidents vary, additional questions may need to be asked to clarify (if possible) the event(s) that occurred. An update of staff or offender injuries will require a follow-up e-mail to provide the condition of staff and/or offenders. This update should be requested periodically and supplied by the facility as new information is learned.

| Original: | Updated: |
|---|---|

| Facility: | Cimarron Correctional Facility | Reported by: | Warden Raymond Byrd |
|---|---|---|---|

| Type of Incident: | PREA Allegation/Inmate Fight |
|---|---|

| Date/Time Incident Occurred: | 11/14/17 @ 1810 | Date/Time Division Manager Notified: | |
|---|---|---|---|

| Location of Incident (Unit, Quad, Cell, dining hall, etc.) | Golf Cell 1060 | Unit locked down? | ☐Yes  ☒No |
|---|---|---|---|

| Has DOC Inspector General been notified? | ☒Yes ☐No | By Whom? | Facility Investigator Greg Jones | When? | 11/14/17 1845 |
|---|---|---|---|---|---|

### Incident Classification

1. Offender-on-Offender assaults with serious injury: No
1a. Number of Offender-on-Offender victims of assaults with serious injury: 0
2. Offender-on-Offender assaults without serious injury: No
3. Offender-on-Offender fight: Yes
4. Offender-on-Offender assaults by throwing substances: No
5. Disruptive Event: No

### Offenders Involved
(attach additional pages if needed)

| Full Name | DOC # | Race | Age | Crime(s) |
|---|---|---|---|---|
| Glenn Porter | 99595 | White | 58 | Serving Life for Murder first degree out of Pottawatomie County |
| Charles Fredrick | 530734 | Native American | 32 | serving 10 years for Manufacture of CDS out of Tulsa County |

### Staff Involved
(attach additional pages if needed)

| Full Name | Title/Position | |
|---|---|---|
| Juan Melendez | Correctional Officer | |
| Dwight Munday | Shift Supervisor | |
| Greg Jones | Facility Investigator | |

### Brief Summary of Incident

On Tuesday November 14, 2017 at 1810 inmate Glenn Porter ODOC# 99595 (a 58 year old White STG none) stopped Correctional Officer Juan Melendez and stated that inmate Charles Fredrick ODOC#530734 (a 32 year old Native American STG none) attempted to touch inmate Porter's breast. Officer Melendez removed inmate Fredrick from Golf cell 1060 and secured him (Fredrick) in the hair cut cage. Officer Melendez then notified Shift Supervisor Dwight Munday. Supervisor Munday removed inmate Porter from Golf 1060 and escorted him (Porter) to medical for evaluation and further investigation. Inmate Porter stated that inmate Fredrick had made comments about and attempted to grab his (Porter) breast. Inmate Porter then told inmate Fredrick to leave him alone and inmate Fredrick attempted to grab inmate Porter's breast a second time. Inmate Porter shoved inmate Fredrick back and stated that inmate Fredrick needed to

Upon interviewing inmate Fredrick he stated the he (Fredrick) never made any comments or attempts to grab inmate Porter's breast. Inmate Fredrick stated that inmate Porter called him (Fredrick) a punk so he started to hit inmate Porter.

Facility Investigator Greg Jones arrived in medical to conduct a further investigation with inmate Porter.

Inmate Fredrick was moved to Alpha North cell 266. Inmate Porter remains in Golf 1060.

**INMATE(S) INVOLVED:**
Glenn Porter #99595
Charles Fredrick #530734

**ESCORTS:**
Supervisor Munday escorted inmate Porter from Golf 1060 to medical for evaluation and then back to Golf 1060.

**MEDICAL REPORTS/INJURIES TO STAFF / INMATE(S):**
Inmate Porter had scratches to the forehead, left and right shoulders, and to the left forearm. He also had bruising to the left cheek, and left arm.
There were no injuries to inmate Fredrick.

**USE OF FORCE:**
None

**ADDITIONAL INFORMATION:**
Investigator Jones reported that during the interview with inmate Porter he never made a claim of PREA, and stated that inmate Fredrick never touched his (Porter) breast but had made comments about the breast.

**CONCLUSION:**
Inmate Porter stated that inmate Fredrick made comments about and attempted to grab his (Porter's) breast. Inmate Porter told inmate Fredrick to leave him alone at which time inmate Fredrick attempted a second time to grab his breast. Inmate Porter shoved inmate Fredrick at which time inmate Fredrick started to strike inmate Porter with a closed fist. Inmate Fredrick denies the allegations and states the fight started over inmate Porter calling him (Fredrick) a punk.

**NOTIFICATION:** Chief of Unit Management John Hilligoss was notified at 1815. Facility Investigator Greg Jones was notified at 1815. Contract Monitor Jamie Keef was notified at 1820 by John Hilligoss. IG Tamika Ross was notified by Greg Jones at 1845.

| Staff/Offender Injuries |
|---|
| (Be as specific as possible—head wound, puncture wound, etc., to include any emergency treatment/hospital transport) |
| Injuries to inmate Porter scratches to the forehead, left and right shoulders, and to the left forearm and bruising to the left cheek, and left arm. |

| Weapons Used/Recovered |
|---|
| (if known) |
| |

| If applicable, was the offender single celled? | ☐Yes  ☒No | If no, was cell partner involved? | ☒Yes ☐ No | Name/DOC# | Fredrick 530734 |
|---|---|---|---|---|---|
| Any other pertinent information specific to this incident | | | | | |
| | | | | | |
| Notification | | | | | |

Name: _____ Date: __11/15/17__ Time: __0865__

**INSPECTOR GENERAL'S OFFICE TO NOTIFY THE PUBLIC INFORMATION OFFICER**

_____ Date: __11/15/17__ Time: __12:41PM__
Signature of Division Manager

Comprehensive Report Ordered: ___✓Yes ___No

The report will be as detailed as possible utilizing Attachment A "Comprehensive Report."

OKLAHOMA DEPARTMENT OF CORRECTIONS
Emergency Care Record
Medical Diagnosis Record

MH-A Meds-No

**Chief Complaint:** IM/IM incident

**Onset:** ____

**Location:** Golf

**Medical History:** No  Asthma  CAD  COPD  CVA  DM  HTN  HIV  MI  Seizures  Cancer  Hep+

**Allergies:** NA

**Current Medications:** NA

**Vital Signs:** B/P 125/86  R: 16  P: 108  T: ____  Wt. ____  O2 sat: 99  FSBS: ____

## Respiratory
CIRCLE ALL THAT APPLY

(WNL) Labored  Cough  SOB  Wheezes  Stridor  Crackles
Hemoptysis  Pain with breathing  Diminished  Nasal flaring
Other: ____

## Cardiovascular
(WNL) Chest pain  Left arm pain  Diaphoresis  Orthopnea
Edema  Palpitations  Dizzy spells  Syncope  Tachycardia
Bradycardia  Other: ____

## Gastrointestinal
(WNL) Nausea  Diarrhea  Dysphagia  Melena  Constipation
Vomiting:  Clear  Gastric  Coffee grounds
Hematemesis  Hematochezia
Abdomen:  Soft  Tender  Firm  Distended
Bowel sounds (WNL) Hyperactive  Hypoactive  Absent
Other: ____

## Genitourinary
(WNL) Dysuria  Nocturia  Frequency  Incontinence  Flank pain
Male:  Discharge  Penile lesions
Testicle pain  Testicle swelling
Female:  Vaginal discharge  Abnormal bleeding
Pelvic pain  Dysmenorrhea  Pregnant
Other: ____

## Skin
Warm  Cool  (Dry)  Clammy  Moist
Color: (WNL) Pale  Flushed  Cyanotic  Jaundice
M/Membrane: (WNL) Moist  Sticky  Parched
Turgor: (WNL) Decreased
Edema: (Absent) Present
Laceration: ____ cm  R/L  Upper/Lower
Location: Forehead  Supraorbital  Infraorbital
Zygoma  Maxilla  Mandible  Lid  Ear  Nose
Lip  Mouth  Chin  Neck  Hand  Wrist  Forearm
Elbow  Leg  Chest  Back  Shoulder  Foot  Ankle
Type:  Avulsion  Flap  Linear  Jagged  Stellate  Irregular
Through To: Skin  Mucosa  SQ  Muscle  Fascia  Bone  Galea
Other: ____

## Eyes/Ears/Nose/Throat
Eyes:  (WNL) Blurred vision  Double vision  Discharge
Redness  Photophobia
Ears:  (WNL) Pain  Bleeding  Drainage  Ringing  Hearing loss
Nose :  (WNL) Bleeding  Congestion  Discharge
Throat: (WNL) Pain  Swelling  Voice change
Mouth: (WNL) Pain  Swelling  Bleeding
Other: ____

## Neurological
(WNL) Oriented X 3  Disoriented - person / place / time
Headaches  Dizziness  Seizure  Tremors  Fainting
Walking problems  Speech problems
R/L: Altered sensation ____
R/L: Altered motor ____
Pulses: (Present) Absent
Other: ____

## Musculoskeletal
R/L:  Pain  Swelling  Bruising  Fracture  Sprain
Neck  Chest wall  Rib(s)  Back  Shoulder  Arm  Elbow
Forearm  Wrist  Hand  Pelvis  Hip  Leg  Knee  Foot
Other: ____

## Treatments
☐ Oxygen applied: Time: ____  ____ liters
☐ IV access started: Time: ____  Jelco size: ____
Site: ____  Inserted by: ____
☐ Lactated Ringer  ☐ D5W  ☐ Normal Saline
☐ CPR started: Time: ____  CPR terminated: Time: ____
☐ Life Pack applied: Time: ____
☐ VS every 5 –10 minutes until transported:
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats. ____
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats. ____
Time: ____ BP ____ Pulse ____ Resp. ____ O2 sats. ____
☐ Emergency department notification time: ____ Report
given to: ____
Time ambulance notified: ____ Ambulance arrival time: ____
Ambulance departure time: ____
☐ Tetanus given: ____ Time: ____
(dose/route/location)
Send copy of ER assessment/treatment and Medication Charting
Sheet (MAR's) to emergency department with patient

## Progress Notes
No injuries reported

Medical Provider/RN Notified: Date: ____ Time: ____
Orders Received for Treatment ☐ Yes ☐ No

QHCP Signature: ____
Date: 1/14/17  Time: 1957

OKLAHOMA DEPARTMENT OF CORRECTIONS
NURSING PRACTICE PROTOCOLS
Medical Diagram of Injury

1. _____  2. _____                    3. _____  4. _____
5. _____  6. _____                    7. _____  8. _____



Back                                                                    Front

**NOTIFY MEDICAL PROVIDER/RN IMMEDIATELY IF:**

| Lacerations | Fractures | Contusion |
|---|---|---|
| ▢ Wound(s) is severe /deep / requires sutures<br>▢ Bleeding is uncontrolled<br>▢ Wound has imbedded debris not easily irrigated out<br>▢ Laceration to the face, ear, nose , eyelid or over joint<br>▢ Wound that edges do not approximate easily with Steri – Strips<br>▢ Signs of infection present<br>▢ Laceration to the abdomen or chest that may penetrate underlying organs | ▢ Obvious deformity, Loss of sensation<br>▢ Numbness/severe pain, Absent distal pulses<br>▢ Mechanism of injury suggesting hidden trauma<br>▢ Takes anticoagulants, Over age 50<br>▢ X-rays, tetanus booster<br><br>**(If suspected fracture of the cervical spine, evaluate respiratory function continuously, place c-collar, call 911, do not attempt to move patient)** | ▢ Deformity is present<br>▢ Impaired neurological/vascular status<br>▢ Mechanism of injury suggesting hidden trauma<br>▢ Marked swelling is present<br>▢ Condition not responding to intervention |

**Assessment:**
▢ Alteration in skin integrity related to trauma

**Plan:**

| Lacerations<br>Nursing Intervention Routine | Fractures<br>Nursing Intervention Routine | Contusions<br>Nursing Intervention Routine |
|---|---|---|
| ▢ Stop bleeding with pressure<br>▢ Apply telfa pad, clean dry dressing or butterfly dressing<br>▢ Wash well with antiseptic soap, sterile water or sterile normal saline, remove all ingrained dirt<br>▢ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▢ Ibuprofen 200 mg – 2 tablets p.o. three a day for 4 days<br>▢ Arrange for dressing change, wound check and suture removal | ▢ C-collar, back board, c-spine precautions<br>▢ Immobilize affected limb prior to moving<br>▢ Elevate affected limb<br>▢ Splint joint above and below injury<br>▢ Apply ice<br>▢ Sling for upper extremity<br>▢ Ice to closed injury site<br>▢ Cover open wound with sterile dressing<br>▢ Crutches (if indicated)<br>▢ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▢ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>▢ Arrange for dressing change, wound check and suture removal | ▢ Consider immobilization of injury with splint or a ce wrap until seen by medical provider or RN<br>▢ Apply ice to the affected area to reduce swelling<br>▢ Acetaminophen 325 mg - 2 tablets p.o. three times a day for 4days<br>OR<br>▢ Ibuprofen 200 mg – 2 tablets p.o. three times a day for 4 days<br>▢ Arrange for dressing change, wound check and suture removal<br>▢ Consider crutches if lower extremity |

**Offender Education:**
▢ Instructed to keep wound clean and dry, signs and symptoms of infection, follow up sick call if no improvement, condition worsens or if xxx   offender verbalizes understanding of instructions

LPN Signature/credentials: _____            Date: 11/4/19   Time: 1951

639

## Serious Incident Database Report
Private Prisons

1. Facility: Cimarron Correctional Facility
2. Date of Incident: 11/14/2017
3. Offender Offense History: Violent
4. Area of Incident: Cell
5. Narrative:
   Inmate Porter stated that inmate Fredrick made comments about and attempted to grab his (Porter's) breast. Inmate Porter told inmate Fredrick to leave him alone at which time inmate Fredrick attempted a second time to grab his breast. Inmate Porter shoved inmate Fredrick at which time inmate Fredrick started to strike inmate Porter with a closed fist. Inmate Fredrick denies the allegations and states the fight started over inmate Porter calling him (Fredrick) a punk.
6. Who was the first responder to the incident? Security Staff
7. If PREA, was the incident referred to Internal Affairs? Yes
8. If Use of Force was used, was it? N/A
9. If planned, was Medical contacted prior to Use of Force? N/A
10. Was the incident video recorded? No
11. If electronic technology was used, was the offender medically cleared? N/A
12. What type of non-deadly force equipment was used?

☐ Inflammatory                          ☐ Electronic Technology
    ☐ OC                                     ☐ Electronic Shield

    ☐ CS (Private Prisons ONLY)              ☐ Radio Active Custody Control

                                    ☐ Taser

☐ Physical Restraint Device

    ☐ Belly Chains                       ☐ Leg Irons

    ☐ Four or Five point restraints      ☐ Restraint Chair

    ☐ Handcuffs                          ☐ Other

Attachment K-2
OP-050108
Page 2 of 3

13. What level of force was used?

☐ Inflammatory Agent

☐ OC
Weight prior to use:

☐ CS (Private Prisons ONLY)
Weight prior to use:

☐ Deadly Force                    ☐ Impact Weapons

☐ Hand Gun                        ☐ Baton

☐ Rifle- Sniper                   ☐ Collapsible Baton

☐ Rifle- Tower

☐ Shot Gun

☐ Physical Contact

☐ Defensive Tactics- hold

☐ Offensive Tactics- Striking

14. Was more than one camera used to record incident? No

15. Were there injuries during the Use of Force? No

16. Where was the injury treated? N/A

17. Injuries Sustained:

☐ Staff          ☐ Offender          ☐ Both

18. What was the mental health levels of the offenders involved? D

19. Was the offender taking prescribed medications? No

Attachment K-2
OP-050108
Page 3 of 3

20. Was the incident racially motivated?  No

21. Race(s) involved?

☐ Black        ■ White

☐ Hispanic     ■ Native American

☐ Other

11/15/17

(10/12)