## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MISS GLENN A. PORTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 18-CV-0472-JED-CDL** |
| | ) | |
| **SCOTT CROW, Director, Oklahoma** | ) | |
| **Department of Corrections, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on a motion (Doc. 99) filed by Defendants Ensey and Gillespie (collectively, "CoreCivic Defendants") on April 27, 2021, seeking leave to file an answer out of time. As directed by the Court, CoreCivic Defendants filed a special report (Doc. 97) on April 1, 2021. They had 21 days thereafter to file an answer but did not do so. Based on representations in the motion, the Court finds that the failure to timely file an answer resulted from excusable neglect, that there is good cause to permit CoreCivic Defendants to file an answer out of time, and that Plaintiff Porter, who does not oppose the motion, will not be prejudiced by the slight delay. *See* Fed. R. Civ. P. 6(b)(1)(B) (providing that "the court may, for good cause, extend the time" for doing an act "on motion made after the time has expired if the party failed to act because of excusable neglect"); *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 388, 395 (1993) (discussing "excusable neglect" and factors to consider in determining whether to grant a request for enlargement of time). The Court therefore grants CoreCivic Defendants' motion.

**ACCORDINGLY, IT IS HEREBY ORDERED** that CoreCivic Defendants' motion for leave to file answer out of time (Doc. 99) is **granted**.  CoreCivic Defendants shall file an answer no later than 14 days after entry of this order.

ORDERED this 28th day of April, 2021.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT