IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MISS GLENN A. PORTER, | ) |
| PLAINTIFF, | ) |
| vs. | ) Case No. 18-CV-0472-JED-CDL |
| (1) SCOTT CROW, ET AL, | ) |
| DEFENDANTS. | ) |

## SUGGESTION OF DEATH

Counsel for Plaintiff Miss Glenn A. Porter, suggests upon the record, pursuant to Fed. R. Civ. P. 25(a), the death of Plaintiff Miss Glenn A. Porter during the pendency of this action. The full Medical Examiner's Report is attached hereto as Exhibit A.

Respectfully submitted,

Doerner, Saunders, Daniel & Anderson, L.L.P.

By: *s/Lauren R. Myers*
Lauren R. Myers, OBA No. 32842
Williams Center Tower II
Two West Second Street, Suite 700
Tulsa, OK  74103
Telephone (918) 591-5271
Facsimile (918) 925-5271
lmyers@dsda.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jacqueline R. Clayton
Assistant Attorney General
Oklahoma Attorney General's Office
*jackie.clayton@oag.ok.gov*

Darrell L. Moore

                                              *s/Lauren R. Myers*
                                              Lauren R. Myers

5780211.1