BOARD OF MEDICOLEGAL INVESTIGATIONS
# OFFICE OF THE CHIEF MEDICAL EXAMINER

| Central Office | Eastern Division | OFFICE USE ONLY |
|---|---|---|
| 921 N.E. 23rd St | 1115 West 17th Street | Re _____ Co _____ |
| Oklahoma City, OK 73105 | Tulsa, Oklahoma 74107 | I hereby certify that this is a true and correct copy of the original document.  Valid only when copy bears imprint of the office seal. |
| (405) 239-7141 Phone - (405) 239-2430 Fax | (918) 295-3400 Phone -  (918) 585-1549 Fax | By _____ |
| | | Date _____ |

## REPORT OF INVESTIGATION BY MEDICAL EXAMINER

| DECEDENT First-Middle-Last Names (Please avoid use of initials) GLENN  A.  PORTER | Age 62 | Birth Date ███ | Race WHITE | Sex M |
|---|---|---|---|---|

HOME ADDRESS - No. - Street, City, State
16161 MOFFATT ROAD, LEXINGTON, OK

| EXAMINER NOTIFIED BY - NAME - TITLE (AGENCY, INSTITUTION, OR ADDRESS) CARLA JONES, RN (JOSEPH HARP CORRECTIONAL CENTER) | | | DATE 5/20/2021 | TIME 9:19 |
|---|---|---|---|---|
| INJURED OR BECAME ILL AT (ADDRESS) 16161 MOFFATT ROAD | CITY LEXINGTON | COUNTY CLEVELAND | TYPE OF PREMISES STATE PRISON | DATE Unknown / TIME Unknown |
| LOCATION OF DEATH JOSEPH HARP CORRECTIONAL CENTER | CITY LEXINGTON | COUNTY CLEVELAND | TYPE OF PREMISES STATE PRISON | DATE 5/20/2021 / TIME 9:05 |
| BODY VIEWED BY MEDICAL EXAMINER 921 NE 23RD STREET | CITY OKLAHOMA CITY | COUNTY OKLAHOMA | TYPE OF PREMISES AUTOPSY LAB | DATE 5/22/2021 / TIME 9:30 |

TRANSPORTATION INJURY  ☐ DRIVER  ☐ PASSENGER  ☐ PEDESTRIAN

TYPE OF VEHICLE:  ☐ AUTOMOBILE  ☐ LIGHT TRUCK  ☐ HEAVY TRUCK  ☐ BICYCLE  ☐ MOTORCYCLE  ☐ OTHER: _____

### DESCRIPTION OF BODY

| EXTERNAL PHYSICAL EXAMINATION | RIGOR | LIVOR | EXTERNAL OBSERVATION | | NOSE | MOUTH | EARS |
|---|---|---|---|---|---|---|---|
| | Jaw ☐ Complete | Color PURPLE | Beard NO — Hair BRN/GRAY | BLOOD | ☐ | ☐ | ☐ |
| | Neck ☑ Absent | ☐ Lateral | Eyes: Color BLUE — Mustache NO | OTHER | ☐ | ☐ | ☐ |
| | Arms ☑ Passing | ☑ Posterior | Opacities NO | NO | | | |
| | Legs ☐ Passed | ☐ Anterior | Pupils:  R 3 MM   L 3 MM | | | | |
| | ☐ Decomposed | ☐ Regional | Body Length 67 IN   Body Weight 114 LBS. | | | | |

Significant observations and injury documentations - (Please use space below)
CLOTHED ADULT WHITE MALE WITH NO FATAL TRAUMA. MULTIPLE LIVER NODULES.

Probable Cause of Death:
**METASTATIC LUNG CANCER**

| Manner of Death: | | Case disposition: | |
|---|---|---|---|
| Natural ☑ | Accident ☐ | Autopsy | LIMITED |
| Suicide ☐ | Homicide ☐ | Authorized by | MARC  HARRISON M.D. |
| Unknown ☐ | Pending ☐ | Pathologist | MARC  HARRISON M.D. |
| Not Assigned ☐ | | Not a medical examiner case ☐ | |

*Other significant conditions contributing to death (but not resulting in the underlying cause given)*
**HISTORY OF HEPATITIS B, LIVER CIRRHOSIS**

**MEDICAL EXAMINER:**
Name, and Address:

MARC  HARRISON M.D.

921 N.E. 23rd ST

OKLAHOMA CITY, OK  73105

I hereby state that, after receiving notice of the death described herein, I conducted an investigation as to the cause and manner of death, as required by law, and that the facts contained herein regarding such death are true and correct to the best of my knowledge.

Signature of Medical Examiner        MARC  HARRISON M.D.
Computer generated report

Date Case Initiated: 5/20/2021
Date Case Finalize: 7/8/2021

CME-1 (REV 7-19)

EXHIBIT A

## BOARD OF MEDICOLEGAL INVESTIGATIONS

## OFFICE OF THE CHIEF MEDICAL EXAMINER

921 N.E. 23rd St
Oklahoma City, OK  73105

## REPORT OF LABORATORY ANALYSIS

OFFICE USE ONLY

Re. _____  Co. _____

I hereby certify that this is a true
and correct copy of the original
document.  Valid only when copy
bear im-print by the office seal.

By _____

Date _____

ME CASE NUMBER:  2103091

LABORATORY NUMBER:  212449

DECEDENT'S NAME:     GLENN A. PORTER

DATE RECEIVED:          5/25/2021

MATERIAL SUBMITTED:  BLOOD, VITREOUS, URINE, LIVER, GASTRIC

HOLD STATUS:  60 DAYS

SUBMITTED BY:     MARISA  PARMAN

MEDICAL EXAMINER:   MARC  HARRISON M.D.

### NOTES:

### ETHYL ALCOHOL:

Blood:        NEGATIVE (Heart)

Vitreous:

Other:

### CARBON MONOXIDE

Blood:

### TESTS PERFORMED:

EIA - (Femoral Blood) - Amphetamine, Methamphetamine, Fentanyl, Cocaine, Opiates, PCP, Barbiturates, Benzodiazepines
    (The EIA panel does not detect Oxycodone, Methadone, or Clonazepam)

### RESULTS:

Opiates Class Detected by EIA Immunoassay (not confirmed) - (Femoral Blood)

06/11/2021
DATE

*Kacey D. Clil, PhD*

KACEY CLIBURN, PhD.,  Deputy Chief Forensic Toxicologist